**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **WEEKEND WARRIOR CLOTHING, LLC** <br><br> *Plaintiff,* <br><br> v. <br><br> **AMAZON.COM SERVICES, LLC; AMAZON.COM, INC.** <br><br> *Defendant.* | Case No. 1:23-cv-00752 <br> Judge Douglas R. Cole <br> Magistrate Judge Stephanie K. Bowman |
| **FIRST AMENDED COMPLAINT WITH JURY DEMAND** | |

Plaintiff Weekend Warrior Clothing, LLC ("Weekend Warrior" or "Plaintiff"), as and for their complaint against defendants Amazon.com, Inc. and Amazon.com Services, LLC (hereinafter collectively "Amazon" or "Defendants"), allege as follows:

**INTRODUCTION**

1.      In 2018, Daniel and Tim Whelan (hereinafter "the Whelan brothers") quit stable, professional jobs to focus full-time on building Weekend Warrior, a fledgling online apparel company that would be run from a small closet "office" located in a friend's warehouse—so small that only one of the brothers could work in the space at any given time. Through only the elbow grease and creativity invested by its founders, Weekend Warrior grew to become a company selling thousands of t-shirts with annual revenue in the seven-figures.

2.      Weekend Warrior exclusively sells its products via its own proprietary website. Weekend Warrior has never sold its products via Amazon or other sales channels and has never licensed its products or designs to anyone.

3.      Weekend Warrior's success is based almost entirely on its original, copyrighted

holiday-based, patriotic, pop culture- and humor-focused designs, which are printed on Weekend Warrior's products. A couple examples of designs created by Weekend Warrior, and sold by Weekend Warrior on its apparel, are pictured below.



4.      Weekend Warrior is now confronted with the downside to its growth and popularity. That is, Weekend Warrior's success attracted copycats who work in concert with Amazon to steal Weekend Warrior's popular copyrighted designs to make a quick dollar, selling lower quality infringing goods at a cheaper price point, and leaving the burden of creating original designs that will be well-received by the public to Weekend Warrior.

5.      This intentional infringement of Weekend Warrior's designs deprives Weekend Warrior of a large number of sales, lessens the value of Weekend Warrior's copyrighted designs, and damages the Weekend Warrior brand.

6.      Unfortunately, those bad actors that blatantly copy Weekend Warrior's designs are knowingly aided and abetted by a party with the capability to market, manufacture, print, sell, fulfill, and ship the infringing goods at large scale—Amazon.

7.      Infringements of Weekend Warrior's copyrighted designs are available en masse on

Amazon's print-on-demand-shop, Amazon Merch on Demand. Weekend Warrior has captured screenshots of thousands of products infringing its copyrights available for sale by Amazon on Amazon Merch on Demand.

8. Amazon may argue that third-parties uploaded the infringing designs used on the relevant products manufactured and sold by Amazon, but Amazon is far from an innocent party. For more than a year, between March of 2022 and May of 2023, Weekend Warrior sent numerous DMCA takedown notices to Amazon, notifying Amazon that it is selling products that infringe Weekend Warrior's registered copyrights. In response, Amazon refused to remove the infringing products from its website, instead rejecting the takedown notices as "invalid and/or inaccurate" and threatening Weekend Warrior that "[r]eporting false, misleading, or consistently inaccurate notices of infringement violates our polices." One such rejection e-mail is pictured below.



Because Amazon repeatedly rejected Weekend Warrior's valid takedown notices, thousands of products that plainly infringe Weekend Warrior's copyrights were sold and remain for sale by Amazon on its website.

9. To be clear, there was nothing "invalid and/or inaccurate" about Weekend Warrior's takedown notices, and Amazon's continued manufacturing and sales of products emblazoned with exact copies of Weekend Warrior's copyrighted designs constitutes willful copyright infringement.

10. Amazon's rejection of valid takedown notices and continuing copyright infringements left Weekend Warrior with no other option but to file this lawsuit.

## PARTIES

11.     Weekend Warrior is an LLC with its principal place of business in Cincinnati, Ohio.

12.     Plaintiff is informed and believes, and thereon alleges, that Amazon.com Services, LLC is a Delaware LLC with its principal place of business in Seattle, Washington.

13.     Plaintiff is informed and believes, and thereon alleges, that Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington.

## JURISDICTION AND VENUE

14.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. sections 1331 and 1338 because the action arises under the federal Copyright Act. *See* 17 U.S.C. §§ 101, *et seq*. This Court also has supplemental jurisdiction pursuant to 28 U.S.C. §§ 1367, 1338(b).

15.     While not required, the Court also has diversity jurisdiction pursuant to 28 U.S.C. section 1332, because Plaintiffs and Amazon are citizens of different states, and the amount in controversy exceeds $75,000.

16.     Venue in this district is proper under 28 U.S.C. § 1391 because Plaintiffs maintain their principal place of business and reside here, and suffered injury here. Further, upon information and belief, certain of the infringing goods described in this complaint were sold to customers in this district. Accordingly, a substantial portion of the events and omissions giving rise to this action occurred within the district.

17.     This Court has personal jurisdiction over Amazon because Amazon infringed the intellectual property owned by Plaintiffs in Ohio, intentionally directing the conduct described below knowing that the effects would be felt by Plaintiffs in this judicial district, and upon information and belief, regularly markets and sells goods, including goods at issue in this case, to customers in Ohio.

## GENERAL ALLEGATIONS

**A.    Weekend Warrior is an online apparel company that creates original designs for use on its products.**

18.    Weekend Warrior is an online apparel company run by the Whelan brothers, who both resigned from professional jobs in 2018 to focus their efforts on the company. As noted above, the company began in a borrowed closet "office" space, with only enough room for one of the Whelan brothers to work in the space at a time.

19.    The "secret sauce" for Weekend Warrior's success in the highly competitive apparel industry would be its creative, original designs, combined with the hard work and entrepreneurial spirit of its founders.

20.    In this regard, Weekend Warrior began to focus on selling apparel emblazoned with this company's original designs. The success of Weekend Warrior was entirely dependent upon customers' reception to those creative designs.

21.    Weekend Warriors designs often combine holiday-based, patriotic, humorous, or pop culture references with attractive visual elements, for example, a taco or Uncle Sam doing the trendy "griddy" dance. Other designs are marketed towards beer-drinkers, like "Bad Day to be a Cerveza."

22.    These designs have been well-received by the consuming public, allowing Weekend Warrior to grow from a fledgling two-man "side-hustle" to a full-time business. In this regard, many of the Weekend Warrior designs quickly become popular after their release, and Weekend Warrior has grown to sell thousands of t-shirts per year, with sales in the seven-figures.

**B.    Weekend Warrior obtains copyright registrations to protect its valuable, original designs.**

23.    Again, Weekend Warrior's success is inextricably tied to its original, creative designs. To protect this valuable intellectual property, Weekend Warrior obtained copyright

registrations for many of its works.

24. While not exhaustive of all the original designs for which Weekend Warrior owns copyrights, to date, Weekend Warrior has obtained copyright registrations for the following works (collectively, the "WW Designs"):

- Tits McGee Irish Pub (Reg. No. VA 2-351-548)

- Leprechaun Griddy (Reg. No. VA-2-350-096)

- Bad Day to be a Cerveza (Reg. No. VA 2-352-053)

- Pat McCrotch Irish Pub (Reg. No. VA 2-352-055)

- Griddy Taco (Reg. No. VA 2-352-064)

- Griddy Cerveza (Reg. No. VA 2-352-062)

- BAD DAY TO BE A BEER - *AMERICA EDITION* (Reg. No. VA 2-351-900)

- Uncle Sam's American Lager (Reg. No. VA 2-357-232)

- USA Drinking Team Mascot (Reg. No. VA 2-357-233)

- Real American - Uncle Sam (Reg. No. VA 2-358-836)

- Ameri-CAN Eagle (Reg. No. VA 2-358-838)

- Meri-CAN Eagle (Reg. No. VA 2-358-949)

- Uncle Sam Griddy (Reg. No. VA 2-358-971)

- USA Jam - Uncle Sam/Merican Eagle (Reg. No. VA 2-358-950)

- USA Jam - Washington/Lincoln (Reg. No. VA 2-358-834)

- Ameri-CAN V2 (Reg. No. VA 2-360-244)

- Bald Eagle Griddy (Reg. No. VA 2-360-414)

- Ameri-CAW (Reg. No. VA 2-360-415)

- Bad Day to be a Beer (Reg. No. VA 2-340-675)

- Bad Day to be a Beer – Christmas Edition (Reg. No. VA 2-373-658)

- Bad day to be a Bier (Reg. No. VA 2-373-594)

- Bad day to be a Turkey (Reg. No. VA 2-373-975)

- Boo Bees and Beer (Reg. No. VA 2-374-001)

- Can't get Hungover (Reg. No. VA 2-373-946)

- Do you feel lucky (Reg. No. VA 2-373-368)

- Enjoy Beer (Reg. No. VA 2-374-114)

- Fantasy Football Legend (Reg. No. VA 2-373-944)

- FrankenSTEIN (Reg. No. VA 2-373-666)

- Get Smashed (Reg. No. VA 2-373-958)

- Greened Out (Reg. No. VA 2-373-959)

- Hope they serve beer in hell (Reg. No. VA 2-373-988)

- I Want Brew (Reg. No. VA 2-374-121)

- Make Mullets Great Again (Reg. No. VA 2-374-116)

- Most Interesting Pumpkin (Reg. No. VA 2-373-957)

- Poor Day to be a Pilsner (Reg. No. VA 2-373-977)

- Protect the Charms (Reg. No. VA 2-373-955)

- Skeleton Griddy (Reg. No. VA 2-373-667)

- The Grim Rizzer (Reg. No. VA 2-374-118)

- Where the Horrors at? (Reg. No. VA 2-374-120)

- Morning Wood Lumber (Reg. No. VA 2-375-960)

- Papa Woody Plumbing (Reg. No. VA 2-375-959)

- Master Bait (Reg. No. VA 2-376-862)

- Shut up Liver (Reg. No. VA 2-376-259)

- Enjoy Beer – Ugly Sweater (Reg. No. VA 2-378-403)

- Leprechaun Griddy (Reg. No. VA 2-350-096)

- Camel Tow (Reg. No. VA 2-381-989)

- Thicc Santa (Reg. No. VA 2-381-900)

- Merry Rizz-Mas (Reg. No. VA 2-381-899)

- Santa Griddy (Reg. No. VA 2-381-897)

- Happy St. PatRizz Day (pending)

- King of the Kill (pending)

25.     The WW designs and their copyright registrations are attached as **Exhibit A**.[1]

**C.     Amazon knowingly infringes Weekend Warrior's copyrights in its print-on-demand shop, manufacturing, selling, fulfilling, and shipping large quantities of products emblazoned with Weekend Warrior's designs.**

26.     Amazon's print-on-demand-shop, known as Amazon Merch on Demand, results in Amazon manufacturing and selling substantial quantities of counterfeit and infringing goods.

27.     Through Amazon's website, and the Amazon Merch on Demand service, persons with Amazon Merch on Demand accounts can upload designs that Amazon then displays on a variety of products, primarily apparel. Amazon offers these products for sale, showing the final product photos in product listing pages hosted by Amazon on its sites. An example of a product listing page from www.amazon.com for an infringing Weekend Warrior product is pictured below. To be clear, Amazon does not sell any licensed Weekend Warrior apparel—this is an infringement:

---

[1] The following designs were still pending registration at the time of filing of this First Amended Complaint: Happy St. PatRizz Day, King of the Kill. Plaintiff does not assert direct or indirect copyright infringement claims as to these designs at this time, but reserves the right to amend its Complaint once those registrations are approved.



28.     If a visitor to Amazon's site orders a product through Amazon Merch on Demand, Amazon then prints the order on a blank physical product. This business model is commonly referred to as "print-on-demand" because companies like Amazon do not hold inventory of finished products, but instead print the designs on physical products when an order is placed.

29.     Indeed, below are some examples of infringing Weekend Warrior products, not only sold, but manufactured and shipped by Amazon through www.amazon.com:

 

 

30.     Upon ordering such items, the purchaser receives an order confirmation, showing

Amazon as the seller, an example shown below:

9/14/23, 9:42 AM                              Amazon.com - Order 113-6180249-7619461

**amazon**.com

**Details for Order #113-6180249-7619461**
Print this page for your records.

**Order Placed:** September 14, 2023
**Amazon.com order number:** 113-6180249-7619461
**Order Total:** $21.89

**Not Yet Shipped**

| Items Ordered | Price |
|---|---|
| 1 of: *Usa Jam Washington Lincoln T-Shirt*<br>Sold by: Amazon.com Services LLC<br>Supplied by: Other | $19.99 |
| Condition: New | |

31.     The customer will also receive an e-mail confirmation confirming that Amazon is

the seller, an example of which is seen below.



32.    Amazon then manufactures and ships the product, through its own Amazon delivery services, and processes the payment for the product. Amazon will send the account-holder who uploaded the design a royalty, but upon information and belief, retains the vast majority of the sales proceeds for itself. Amazon also handles all of the customer service and returns itself.

33.    Moreover, the package arrives addressed from Amazon. The package in which the above products arrived gave Amazon.com, 3837 Bay Lake Trail, Suite 111, North Las Vegas, NV, 89030 as the return address.

34.    Amazon openly admits to being the seller of products sold through Amazon Merch on Demand, representing in its Term of Service:

> Amazon will be the seller of record for the Products. Amazon has sole discretion to determine price, availability, distribution channels, and terms of sale for the Products. We are responsible for and have sole discretion related to processing payments, collecting payments, addressing requests for refunds, and providing customer service related to our obligations, and we will have sole ownership and control of all sales and other data we obtain from customers in connection with the program.

35.     Consistently, on product listing pages for Amazon Merch on Demand items, Amazon states that the products are sold by and ship from Amazon, as pictured below.



36.     In summary, Amazon handles every aspect of the sales made on www.amazon.com through Amazon Merch on Demand. Customers complete their purchases on the site, with Amazon taking their payment information, processing the payments, and depositing the money into their accounts. Once the order is complete, Amazon provides order confirmations on its site and by e-mail, providing customers with tracking numbers for shipment of their purchases. All customer service is provided by Amazon. Again, once an order is placed, Amazon manufactures (prints) the purchased item.

37.     In *Ohio State University v. Redbubble, Inc.*, the Sixth Circuit held on similar facts, that even when the seller outsourced manufacturing to a 3rd party, a print-on-demand business model was sufficient to allow a finding of direct infringement liability, reversing a prior grant of summary judgment.

38.     Using such a business model, Amazon is advertising, marketing, manufacturing, displaying, offering for sale, selling, distributing, and profiting from large quantities of infringing Weekend Warrior products. These infringing products incorporate exact copies of the registered WW Designs. Moreover, Amazon's actions in manufacturing and selling the physical infringing products at issue here far exceed that of a mere service provider.

39.     A few examples—a drop in the bucket of Amazon's entire catalogue of infringed

WW Designs—are depicted below. Others are shown in **Exhibit B**.



40.     Moreover, Amazon has actual knowledge that it is infringing the WW Designs because Weekend Warrior has on numerous instances between March of 2022 and May of 2023 sent takedown notices to Amazon. Instead of honoring the takedown notices, Amazon routinely rejected the takedown notices for no valid reason, and refused to take down infringing products even after receiving actual notice of their infringement. This brazen behavior establishes Amazon's intent to infringe and profit from Weekend Warrior's intellectual property beyond any reasonable dispute.

41.     Because Amazon places a significant amount of online advertisements, when a customer searches for the WW Designs (or other Weekend Warrior-owned copyrighted designs) on a search engine like Google, the infringing items sold by Amazon virtually always appear above authentic products. Worse yet, in part because Amazon does not have the development costs, and

produces at a much larger scale, it is able to significantly undercut Weekend Warrior on price, both stealing customers and depressing the market price for authentic Weekend Warrior apparel.

42.     Virtually all of the WW Designs are infringed upon and listed for sale by Amazon shortly after Weekend Warrior launches a new design.

43.     Amazon's aforementioned infringement is knowing and willful, as evidenced by (a) the sheer quantity of different infringing designs being sold by Amazon, (b) the exact duplication of a variety of Weekend Warrior's designs, and (c) Amazon' pattern and practice of infringing upon intellectual property rights.

**D.     Amazon's Infringement Extends Beyond Use of Weekend Warrior's Intellectual Property.**

44.     As described above, Amazon infringes upon Weekend Warrior's intellectual property rights by promoting and selling products incorporating exact copies of Weekend Warrior's copyrighted designs. Amazon's infringement, however, goes beyond just Weekend Warrior's intellectual property.

45.     That is, infringement of smaller brands and intellectual property owners is rampant on Amazon Merch on Demand. Upon information and belief, Amazon does not honor takedown notices from other smaller intellectual property owners, and knowingly profits from the rampant infringement on Amazon Merch on Demand.

46.     In this regard, upon information and belief, Amazon's infringement problem is so pervasive that there exists a black market where Amazon Merch on Demand accounts are sold to counterfeiters, intending to use Amazon to sell infringing goods, knowing that Amazon will not remove the products so long as they only infringe upon lesser-known brands, and not the Nikes of the world.

47.     Upon information and belief, such accounts traffic in stolen identities, bank accounts, wire and mail fraud, and Amazon knowingly profits from all of these illegal activities, without taking reasonable steps to locate and ban these fraudulent accounts, and remove counterfeit and infringing materials from its website.

### FIRST CLAIM FOR RELIEF
**(Copyright Infringement)**

48.     Weekend Warrior re-alleges and incorporates herein by reference each and every allegation set forth above.

49.     Weekend Warrior has complied in all respects with the copyright laws of the United States, 17 U.S.C. §101 et seq., and has secured the exclusive rights and privileges in and to the original expression in the following copyrights that have been duly registered with the U.S. Copyright Office, registration numbers provided above:  Tits McGee Irish Pub; Leprechaun Griddy, Bad Day to be a Cerveza; Pat McCrotch Irish Pub; Griddy Taco; Griddy Cerveza; BAD DAY TO BE A BEER - *AMERICA EDITION*; Uncle Sam's American Lager; USA Drinking Team Mascot; Real American - Uncle Sam; Ameri-CAN Eagle; Meri-CAN Eagle; Uncle Sam Griddy; USA Jam - Uncle Sam/Merican Eagle; USA Jam - Washington/Lincoln; Ameri-CAN V2; Bald Eagle Griddy; Ameri-CAW; Bad Day to be a Beer; Bad Day to be a Beer – Christmas Edition; Bad day to be a Bier; Bad day to be a Turkey; Boo Bees and Beer; Can't get Hungover; Do you feel lucky; Enjoy Beer; Fantasy Football Legend; FrankenSTEIN; Get Smashed; Greened Out; Hope they serve beer in hell; I Want Brew; Make Mullets Great Again; Most Interesting Pumpkin; Poor Day to be a Pilsner; Protect the Charms; Skeleton Griddy; The Grim Rizzer; Where the Horrors at?; Morning Wood Lumber; Papa Woody Plumbing; Master Bait; Shut up Liver; Enjoy Beer – Ugly Sweater; Leprechaun Griddy; Camel Tow; Thicc Santa; Merry Rizz-Mas; Santa Griddy.

50.    Amazon had access to Weekend Warrior's copyrighted works as established by, among other things, (a) the widespread availability of the WW Designs for sale on Weekend Warrior's products, and (b) the striking similarity between the expression used on the infringing goods and the expression in Weekend Warrior's copyrights.

51.    Amazon infringes Weekend Warrior's copyrights by advertising, marketing, manufacturing, displaying, offering for sale, selling, distributing, and profiting from products incorporating protectable expression taken from Weekend Warrior's copyrights, without Weekend Warrior's permission.

52.    Amazon infringed Weekend Warrior's copyrights willfully.

53.    Weekend Warrior is entitled to actual damages and Amazon's profits, in an amount to be proven at trial.

54.    Alternatively, Weekend Warrior is entitled to statutory damages for willful copyright infringement in an amount no less than $150,000.00 per copyright.

55.    Amazon's acts have caused and will continue to cause irreparable harm to Weekend Warrior unless restrained by this Court. Weekend Warrior has no adequate remedy at law. Accordingly, Weekend Warrior is entitled to an order enjoining and restraining Amazon and all those acting in concert with Amazon, during the pendency of this action and permanently thereafter, from manufacturing, distributing, importing, exporting, marketing, offering for sale, or selling products with copies or substantially similar copies of Weekend Warrior's copyrighted designs.

### SECOND CLAIM FOR RELIEF
**(Contributory Copyright Infringement)**

56.    Weekend Warrior re-alleges and incorporates herein by reference each and every allegation set forth above.

57.     Amazon has been and continues to be aware of—and has been and continues to contribute to—the infringement of Weekend Warrior's copyrights on its site.

58.     In this regard, and as described above, Weekend Warrior sent numerous takedown requests to Amazon concerning products for sale that infringe the WW Designs, and Amazon rejected these notices, refusing to take down the products. Amazon thus has actual knowledge of its infringement.

59.     Alternatively, Amazon has remained willfully blind to the infringement of Weekend Warrior's copyrights on its website and on the products it manufactures and sells to the end consumer.

60.     Weekend Warrior has been damaged by and Amazon has profited from Amazon's contributory copyright infringement.

61.     To remedy Amazon's contributory copyright infringement, Weekend Warrior is entitled to all of the remedies set forth above for direct copyright infringement.

### THIRD CLAIM FOR RELIEF
### (Vicarious Copyright Infringement)

62.     Weekend Warrior re-alleges and incorporates herein by reference each and every allegation set forth above.

63.     Amazon enjoys a direct financial benefit from the copyright infringement on its website. Amazon retains the vast majority percentage of every sale of every product sold by Amazon through Amazon Merch on Demand. The availability of the infringing goods also draws customers to the site, which causes Amazon to make money both through the sale of the infringing goods and through the sale of all goods displayed on its site.

64.     Amazon has the legal right to stop or limit the copyright infringement on its website through Amazon Merch on Demand and the practical ability to do so. Amazon has the ability and

means to monitor Merch on Demand items on its site for infringing designs and the right to remove them.

65.     Weekend Warrior has been damaged by and Amazon has profited from Amazon's vicarious copyright infringement. To remedy Amazon's vicarious copyright infringement, Weekend Warrior is entitled to all of the remedies set forth above for direct copyright infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Defendant as follows:

1.     For preliminary and permanent injunctions enjoining and restraining Defendant, its agents, employees, representatives, partners, joint venturers, and/or anyone acting on behalf of, or in concert with Defendants, from designing, manufacturing, importing, shipping, delivering, selling, marketing, displaying, advertising, or promoting any product that incorporates designs substantially similar to Weekend Warrior's copyrights;

2.     For an order requiring the destruction of all of Defendant's infringing products and all marketing, advertising, or promotional materials depicting Defendant's infringing products;

3.     For an accounting of all profits obtained by Defendant from sales of the infringing products and an order that Defendant hold all such profits in a constructive trust for the benefit of Plaintiff;

4.     For an award to Plaintiff of all profits earned by Defendant from their infringing acts;

5.     For compensatory damages according to proof;

6.     For statutory damages of no less than $150,000.00 per registered copyright;

7.     For pre-judgment interest on all damages awarded by this Court;

8.     For reasonable attorney's fees and costs of suit incurred herein; and

9.     For such other and further relief as the Court deems just and proper.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil

Procedure.

Dated: February 27, 2024                    Respectfully submitted,

*s/Keith J. Wesley*
Keith J. Wesley, Trial Attorney (*pro hac vice*)
Matthew Venezia (*pro hac vice*)
George B. A. Laiolo (*pro hac vice*)
Ellis George LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Email:  kwesley@ellisgeorge.com
Email:  mvenezia@ellisgeorge.com
Email:  glaiolo@ellisgeorge.com

Gary F. Franke (Ohio Bar No. 0029793)
Gary F. Franke Co., LPA
201 E. Fifth Street, Suite 910
Cincinnati, Ohio 45202
Telephone: (513) 564-9222
Email:  gff@garyfrankelaw.com

*Attorneys for Plaintiff Weekend Warrior Clothing, LLC*

## **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, 30th Floor, Los Angeles, CA 90067.

On February 27, 2024, I served a true copy of the document described as:

- **FIRST AMENDED COMPLAINT WITH JURY DEMAND**

I served this document on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 27, 2024, at Santa Rosa, California.


Nancie Ward

**SERVICE LIST**
*Weekend Warrior Clothing, LLC v. Amazon.Com Services, LLC, et al.*
**Case No.: 1:23-cv-00752-DRC**

Gary F. Franke                                          Co-Counsel for Plaintiff
Gary F. Franke CO., L.P.A.                              WEEKEND WARRIOR CLOTHING, LLC
201 East Fifth Street, Suite 910
Cincinnati, OH 45202
Telephone:  (513) 564-9222
Facsimile:   (513) 564-9990
Email:  gff@garyfrankelaw.com


Gregory F. Ahrens                                      Counsel for Defendants
Julie K. Valdes                                        AMAZON.COM SERVICES, LLC; and
Wood Herron & Evans LLP                                AMAZON.COM INC.
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone:  (513) 241-2324
Email:  gahrens@whe-law.com
Email:  jvaldes@whe-law.com


Todd M. Siegel (*Pro Hac Vice*)
Klarquist Sparkman, LLP
121 SW Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone:  (503) 595-5300
Facsimile:   (503) 595-5301
Email:  todd.siegel@klarquist.com

# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-351-548

**Effective Date of Registration:**
May 10, 2023
**Registration Decision Date:**
June 17, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Tits Mcgee Irish Pub |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | February 15, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Email:** | twhelan40@gmail.com |
| **Telephone:** | (513)373-5810 |
| **Address:** | 8885 Appleknoll Ln |
| | Cincinnati, OH 45236 United States |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | May 10, 2023 |

**Copyright Office notes:** Basis for Registration: registration is based on the artwork; copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-352-053

**Effective Date of Registration:**
May 10, 2023
**Registration Decision Date:**
June 22, 2023

## Title

**Title of Work:** Bad Day to be a Cerveza

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** April 06, 2022
**Nation of 1st Publication:** United States

## Author

**•** **Author:** Daniel Whelan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Rights and Permissions

**Name:** Tim E Whelan
**Email:** twhelan40@gmail.com
**Telephone:** (513)373-5810
**Address:** 8885 Appleknoll Ln
Cincinnati, OH 45236 United States

## Certification

**Name:** Tim Whelan
**Date:** May 10, 2023

Page 1 of 2

**Copyright Office notes:** Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-352-055

**Effective Date of Registration:**
May 10, 2023
**Registration Decision Date:**
June 22, 2023

---

## Title

**Title of Work:** Pat McCrotch Irish Pub

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** February 27, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Rights and Permissions

**Name:** Tim Whelan
**Email:** twhelan40@gmail.com
**Telephone:** (513)373-5810
**Address:** 8885 Appleknoll Ln
Cincinnati, OH 45236 United States

## Certification

**Name:** Tim Whelan
**Date:** May 10, 2023

Page 1 of 2

**Copyright Office notes:** Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-352-064

**Effective Date of Registration:**
May 10, 2023
**Registration Decision Date:**
June 22, 2023

---

## Title

**Title of Work:** Griddy Taco

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 27, 2023
**Nation of 1st Publication:** United States

## Author

• **Author:** Daniel Whelan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Rights and Permissions

**Name:** Tim E Whelan
**Email:** twhelan40@gmail.com
**Telephone:** (513)373-5810
**Address:** 8885 Appleknoll Ln
Cincinnati, OH 45236 United States

## Certification

**Name:** Tim Whelan
**Date:** May 10, 2023

**Copyright Office notes:**   Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-352-062

**Effective Date of Registration:**
May 10, 2023
**Registration Decision Date:**
June 22, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Griddy Cerveza |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | April 07, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tim E Whelan |
| **Email:** | twhelan40@gmail.com |
| **Telephone:** | (513)373-5810 |
| **Address:** | 8885 Appleknoll Ln |
| | Cincinnati, OH 45236 United States |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | May 10, 2023 |

Page 1 of 2

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-351-900

**Effective Date of Registration:**
May 10, 2023
**Registration Decision Date:**
June 21, 2023

---

## Title

**Title of Work:** BAD DAY TO BE A BEER - *AMERICA EDITION*

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** May 03, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Rights and Permissions

**Name:** Tim E Whelan
**Email:** twhelan40@gmail.com
**Telephone:** (513)373-5810
**Address:** 8885 Appleknoll Ln
Cincinnati, OH 45236 United States

## Certification

**Name:** Tim Whelan
**Date:** May 10, 2023

**Copyright Office notes:** Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-357-232

**Effective Date of Registration:**
June 26, 2023
**Registration Decision Date:**
August 08, 2023

---

## Title

**Title of Work:** Uncle Sam's American Lager

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 04, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** June 26, 2023

---



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-357-233**

**Effective Date of Registration:**
June 26, 2023
**Registration Decision Date:**
August 08, 2023

## Title

**Title of Work:** USA Drinking Team Mascot

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 04, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** June 26, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-836

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 18, 2023

---

## Title

**Title of Work:** Real American - Uncle Sam

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** May 11, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

---

## Certification

**Name:** Tim Whelan
**Date:** June 16, 2023

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-838

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 18, 2023

---

## Title

**Title of Work:** Ameri-CAN Eagle

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** April 17, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date**: June 16, 2023

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-949

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 21, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Meri-CAN Eagle |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | April 25, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | 2-D artwork, in VA0002358838 |
| **New material included in claim:** | 2-D artwork |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | June 16, 2023 |

---

| | |
|---|---|
| **Correspondence:** | Yes |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-971

**Effective Date of Registration:**
June 26, 2023
**Registration Decision Date:**
August 21, 2023

---

## Title

**Title of Work:** Uncle Sam Griddy

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** May 17, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** June 16, 2023

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-950

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 21, 2023

---

## Title

**Title of Work:** USA Jam - Uncle Sam/Merican Eagle

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** May 26, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** June 16, 2023





# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-834

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 18, 2023

---

## Title

**Title of Work:** USA Jam - Washington/Lincoln

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** May 05, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** June 16, 2023





# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-360-244

**Effective Date of Registration:**
July 07, 2023
**Registration Decision Date:**
August 29, 2023

## Title

| | |
|---|---|
| **Title of Work:** | Ameri-CAN V2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | June 11, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | July 07, 2023 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-360-414

**Effective Date of Registration:**
July 07, 2023
**Registration Decision Date:**
August 30, 2023

---

## Title

**Title of Work:** Bald Eagle Griddy

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 17, 2023
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** July 07, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-360-415

**Effective Date of Registration:**
July 07, 2023
**Registration Decision Date:**
August 30, 2023

---

## Title

Title of Work: Ameri-CAW

## Completion/Publication

Year of Completion: 2023
Date of 1st Publication: June 13, 2023
Nation of 1st Publication: United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

Copyright Claimant: Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

Name: Tim Whelan
Date: July 07, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-340-675

**Effective Date of Registration:**
February 09, 2023
**Registration Decision Date:**
April 04, 2023

---

## Title

**Title of Work:** Bad Day to be a Beer

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 28, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Joseph Whelan
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1989

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Lane, Cincinnati, OH, 45236, United States

## Rights and Permissions

**Name:** Tim E Whelan
**Email:** twhelan40@gmail.com
**Telephone:** (513)373-5810

## Certification

**Name:** Tim Whelan
**Date:** February 09, 2023

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-373-658

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

## Title

**Title of Work:** Bad Day to be a Beer - Christmas Edition

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** December 07, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** September 27, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-594

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

---

## Title

**Title of Work:** Bad day to be a Bier

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** August 11, 2022
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** September 27, 2023

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-975

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 06, 2023

---

## Title
 

    **Title of Work:** Bad day to be a Turkey

## Completion/Publication
 

    **Year of Completion:** 2022
    **Date of 1st Publication:** November 15, 2022
    **Nation of 1st Publication:** United States

## Author
 

-     **Author:** Daniel Whelan
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant
 

    **Copyright Claimant:** Daniel Whelan
    8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification
 

    **Name:** Tim Whelan
    **Date:** September 27, 2023



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-374-001**

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 06, 2023

## Title ─────────────────────────

**Title of Work:** Boo Bees and Beer

## Completion/Publication ─────────────

**Year of Completion:** 2022
**Date of 1st Publication:** September 28, 2022
**Nation of 1ˢᵗ Publication:** United States

## Author ────────────────────────

- **Author:** Daniel Whelan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant ──────────────

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification ──────────────────

**Name:** Tim Whelan
**Date:** September 27, 2023

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-373-946

**Effective Date of Registration:**
October 04, 2023
**Registration Decision Date:**
December 06, 2023

---

## Title

**Title of Work:** Can't get Hungover

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 26, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** October 04, 2023

---

**Copyright Office notes:** Regarding basis for registration: Registration based on the artwork deposited. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-368

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 04, 2023

---

## Title

**Title of Work:** Do you feel lucky

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** February 09, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** September 27, 2023

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-114

**Effective Date of Registration:**
October 04, 2023
**Registration Decision Date:**
December 07, 2023

---

## Title

**Title of Work:** Enjoy Beer

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** December 04, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** October 04, 2023

---

**Copyright Office notes:** Regarding basis for registration: Registration based on the artwork deposited.
Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-944

**Effective Date of Registration:**
October 04, 2023
**Registration Decision Date:**
December 06, 2023

---

## Title

**Title of Work:** Fantasy Football Legend

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** January 06, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** October 04, 2023

---

**Copyright Office notes:** Regarding basis for registration: Registration based on the artwork deposited. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Fantasy Football

LEGEND

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-666

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

---

## Title
_____

　　　　　　　　　**Title of Work:**　FrankenSTEIN

## Completion/Publication
_____

　　　　　　**Year of Completion:**　2023
　　　　**Date of 1st Publication:**　September 15, 2023
　　**Nation of 1st Publication:**　United States

## Author
_____

- 　　　　　　　　　**Author:**　Daniel Whelan
　　　　　**Author Created:**　2-D artwork
　　　　　　　**Citizen of:**　United States

## Copyright Claimant
_____

　　　**Copyright Claimant:**　Daniel Whelan
　　　　　　　　　　　　　8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification
_____

　　　　　　　　　**Name:**　Tim Whelan
　　　　　　　　　**Date:**　September 27, 2023

Page 1 of 1



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-958

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 06, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Get Smashed |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | September 28, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | September 27, 2023 |

# GET SMASHED



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-373-959

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 06, 2023

## Title

**Title of Work:** Greened Out

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** February 25, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** September 27, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-373-988**

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 06, 2023

## Title

**Title of Work:** Hope they serve beer in hell

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** September 08, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** September 27, 2023

Page 1 of 1

Hope They Serve BEER IN HELL

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-121

**Effective Date of Registration:**
October 04, 2023
**Registration Decision Date:**
December 07, 2023

---

## Title

**Title of Work:** I Want Brew

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 30, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** October 04, 2023

---

**Copyright Office notes:** Regarding basis for registration: Registration based on the artwork deposited. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-116

**Effective Date of Registration:**
October 04, 2023
**Registration Decision Date:**
December 07, 2023

## Title

**Title of Work:** Make Mullets Great Again

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 27, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** October 04, 2023

**Copyright Office notes:** Regarding basis for registration: Registration based on the artwork deposited.
Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

MAKE MULLETS GREAT AGAIN

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-373-957

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 06, 2023

---

## Title

**Title of Work:** Most Interesting Pumpkin

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** October 04, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** September 27, 2023



I DON'T ALWAYS DRINK

PUMPKIN SPICE...

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-977

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 06, 2023

---

## Title

**Title of Work:** Poor Day to be a Pilsner

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** July 22, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** September 27, 2023

---



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-373-955

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 06, 2023

---

## Title
 

**Title of Work:** Protect the Charms

## Completion/Publication
 

**Year of Completion:** 2023
**Date of 1st Publication:** February 02, 2023
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
 

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification
 

**Name:** Tim Whelan
**Date:** September 27, 2023

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-667

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

---

## Title
—————————————————————————

**Title of Work:** Skeleton Griddy

## Completion/Publication
—————————————————

**Year of Completion:** 2023
**Date of 1st Publication:** September 15, 2023
**Nation of 1st Publication:** United States

## Author
—————————————————————————

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
—————————————————————

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification
—————————————————————————

**Name:** Tim Whelan
**Date:** September 27, 2023



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-374-118

**Effective Date of Registration:**
October 04, 2023
**Registration Decision Date:**
December 07, 2023

---

## Title

       **Title of Work:**  The Grim Rizzer

## Completion/Publication

      **Year of Completion:**  2023
  **Date of 1st Publication:**  September 29, 2023
  **Nation of 1st Publication:**  United States

## Author

-       **Author:**  Daniel Whelan
  **Author Created:**  2-D artwork
      **Citizen of:**  United States

## Copyright Claimant

  **Copyright Claimant:**  Daniel Whelan
      8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

        **Name:**  Tim Whelan
        **Date:**  October 04, 2023

---

  **Copyright Office notes:**  Regarding basis for registration: Registration based on the artwork deposited. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-120

**Effective Date of Registration:**
October 04, 2023
**Registration Decision Date:**
December 07, 2023

---

## Title
        **Title of Work:**  Where the Horrors at?

## Completion/Publication
        **Year of Completion:**  2023
        **Date of 1st Publication:**  September 29, 2023
        **Nation of 1st Publication:**  United States

## Author
     •     **Author:**  Daniel Whelan
        **Author Created:**  2-D artwork
        **Citizen of:**  United States

## Copyright Claimant
        **Copyright Claimant:**  Daniel Whelan
        8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification
        **Name:**  Tim Whelan
        **Date:**  October 04, 2023

---

        **Copyright Office notes:**  Regarding basis for registration: Registration based on the artwork deposited. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-375-960

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 20, 2023

---

## Title

    **Title of Work:** Morning Wood Lumber

## Completion/Publication

    **Year of Completion:** 2023
    **Date of 1st Publication:** October 20, 2023
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Daniel Whelan
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Daniel Whelan
    8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

    **Name:** Tim Whelan
    **Date:** October 23, 2023

---

    **Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

    Basis for Registration: Registration is based on the artwork. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-375-959

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 20, 2023

---

## Title

**Title of Work:** Papa Woody Plumbing

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 19, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** October 23, 2023

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

Basis for Registration: Registration is based on the artwork. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-376-862

**Effective Date of Registration:**
November 03, 2023
**Registration Decision Date:**
January 02, 2024

---

## Title

                **Title of Work:**  Master Bait

## Completion/Publication

         **Year of Completion:**  2023
    **Date of 1st Publication:**  November 02, 2023
  **Nation of 1ˢᵗ Publication:**  United States

## Author

          •     **Author:**  Daniel Whelan
      **Author Created:**  2-D artwork
          **Citizen of:**  United States

## Copyright Claimant

     **Copyright Claimant:**  Daniel Whelan
                           8885 Appleknoll Ln, \, Cincinnati, OH, 45236, United States

---

## Certification

                   **Name:**  Tim Whelan
                    **Date**:  November 03, 2023



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-376-259**

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 22, 2023

---

**Title**

           **Title of Work:** Shut up Liver

**Completion/Publication**

           **Year of Completion:** 2023
      **Date of 1st Publication:** October 23, 2023
    **Nation of 1st Publication:** United States

**Author**

                **Author:** Daniel Whelan
        **Author Created:** 2-D artwork
           **Citizen of:** United States

**Copyright Claimant**

       **Copyright Claimant:** Daniel Whelan
                8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

---

**Certification**

                **Name:** Tim Whelan
                **Date:** October 23, 2023

---

    **Copyright Office notes:** Regarding basis for registration: Registration is based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-378-403**

**Effective Date of Registration:**
November 10, 2023
**Registration Decision Date:**
January 11, 2024

---

### Title
 

Title of Work: Enjoy Beer - Ugly Sweater

### Completion/Publication
 

Year of Completion: 2022
Date of 1st Publication: November 27, 2022
Nation of 1st Publication: United States

### Author
 

- Author: Daniel Whelan
Author Created: 2-D artwork
Citizen of: United States

### Copyright Claimant
 

Copyright Claimant: Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

### Certification
 

Name: Tim Whelan
Date: November 10, 2023

Page 1 of 1



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-350-096

**Effective Date of Registration:**
April 26, 2023
**Registration Decision Date:**
June 05, 2023



## Title

| | |
|---|---|
| **Title of Work:** | Leprechaun Griddy |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | January 27, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Author:** | Daniel Whelan |
  | **Author Created:** | 2-D artwork |
  | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Email:** | twhelan40@gmail.com |
| **Telephone:** | (513)373-5810 |
| **Address:** | 8885 Appleknoll Ln |
| | 8885 Appleknoll Ln |
| | Cincinnati, OH 45236 United States |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-381-898

**Effective Date of Registration:**
November 30, 2023
**Registration Decision Date:**
February 08, 2024

---

## Title

**Title of Work:** Camel Tow

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** November 15, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** November 30, 2023

---

**Copyright Office notes:** Basis for Registration: Registration based on the artwork in the deposit.
Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-381-900

**Effective Date of Registration:**
November 30, 2023
**Registration Decision Date:**
February 08, 2024

---

## Title

 **Title of Work:** Thicc Santa

## Completion/Publication

 **Year of Completion:** 2022
 **Date of 1st Publication:** December 04, 2022
 **Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
 **Author Created:** 2-D artwork
 **Citizen of:** United States

## Copyright Claimant

 **Copyright Claimant:** Daniel Whelan
 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

 **Name:** Tim Whelan
 **Date:** November 30, 2023

Page 1 of 1



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-381-899**

**Effective Date of Registration:**
November 30, 2023
**Registration Decision Date:**
February 08, 2024

---

## Title
        **Title of Work:** Merry Rizz-mas

## Completion/Publication
        **Year of Completion:** 2023
        **Date of 1st Publication:** November 24, 2023
        **Nation of 1st Publication:** United States

## Author
-         **Author:** Daniel Whelan
        **Author Created:** 2-D artwork
        **Citizen of:** United States

## Copyright Claimant
        **Copyright Claimant:** Daniel Whelan
        8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification
        **Name:** Tim Whelan
        **Date:** November 30, 2023

---

        **Copyright Office notes:** Basis for Registration: Registration based on the artwork in the deposit.
        Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-381-897

**Effective Date of Registration:**
November 30, 2023
**Registration Decision Date:**
February 08, 2024

---

## Title
 

**Title of Work:** Santa Griddy

## Completion/Publication
 

**Year of Completion:** 2023
**Date of 1st Publication:** November 24, 2023
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Daniel Whelan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant
 

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification
 

**Name:** Tim Whelan
**Date:** November 30, 2023

Page 1 of 1







# EXHIBIT B



Case: 1:23-cv-00752-DRC    Doc #: 1-7 Filed: 02/27/24 Page: 129 of 135 PAGEID #: 246

See all 21 options

- Solid colors: 100% Cotton; Heather Grey: 90% Cotton, 10% Polyester; All Other Heathers: 50% Cotton, 50% Polyester
- Imported
- Pull On closure
- Machine Wash
- ameri-can eagle beer can Bald Eagle Mullet USA American Flag 4th of July. Proud beer mullet eagle for patriots & veterans to wear on Fourth of July, national holidays, Veterans Day, Presidents Day, Labor Day.
- ameri-can mullet eagle beer can Sunglasses 4th Of July USA flag. Eagle american Flag tee for men women who love American Flag, USA, sunglasses. Great wear on national holidays, Veterans Day, Memorial Day, President's Day, Labor Day.
- Lightweight, Classic fit, Double-needle sleeve and bottom hem



**Custom Add Your Text T-Shirt for Men Women Customizable Desig…**
$28.99

Sponsored

## Based on your recent views

Sponsored ⓘ

    

| I have the best Wife Humor T-Shirt | Colt 45 Works Every Time T-Shirt | Star Wars Funny Darth Vader and Boba Fett Comic T-Shirt | I Can't I'm Too Gassy Funny Excuse Saying Slogan T-Shirt | If You Ain't First You're Last - Funny Motor Racer Gift Short Sleeve T-Shirt | Old Mas |
|---|---|---|---|---|---|
| 3 | 6 | 1,701 | | 145 | |
| $24.99 | $22.99 | $22.99 | $19.99 | $16.95 | $2 |
| 🌿 Climate Pledge Friendly | | 🌿 Climate Pledge Friendly | | 🌿 Climate Pledge Friendly | 🌿 C |

## Product details

**Package Dimensions** : 10 x 8 x 1 inches; 4.8 Ounces

**Department** : Mens

**Date First Available** : April 19, 2023

**Manufacturer** : ameri-can eagle shirt

**ASIN** : B0C2YF5YJD

9/14/23, 12:49 PM
Case: 1:23-cv-00758-DRC Doc #: 17 Filed: 02/27/24 Page: 130 of 135 PAGEID #: 347
Amazon.com: It's A Bad Day To Be A Beer Funny Drinking Beer T-Shirt | Clothing, Shoes & Jewelry



9/14/23, 12:49 PM

Deliver to Anne
Los Angeles 90067

All ∨    Search Amazon

EN ∨    Hello, Anne
Account & Lists ∨

Returns
& Orders    0

All   Off to College   Back to School   Works with Alexa   Medical Care ∨   Prime Video   Amazon Basics          prime THURSDAY NIGHT FOOTBALL   03 : 10 : 47

**Amazon Fashion**    Women   Men   Kids   Luggage   Sales & Deals   New Arrivals   Our Brands          prime try before you buy

Explore the Character Store
Shop now

Clothing, Shoes & Jewelry › Novelty & More › Clothing › Novelty › Men › Shirts › T-Shirts

Visit the It's A Bad Day & Drinking Beer Store

## It's A Bad Day To Be A Beer Funny Drinking Beer T-Shirt

4.6    125 ratings

🌿 Climate Pledge Friendly

100+ bought in past month

$18.99

FREE Returns

amazon merch on demand   Learn more

**Color: Cranberry Red**





Fit Type: **Men**

| Men | Women | Men's Big and Tall | Women's Plus |

Size: **Select Size**

| Small | Medium | Large | X-Large |
| XX-Large | 3X-Large | 4X-Large | 5X-Large |
| 6X-Large | 2X Tall | 3X Tall | 4X Tall |
| 5X Tall | 6X Tall | X-Small | |

See all 21 options

To buy, select **Size**

Add to Cart

Add to List

- Solid colors: 100% Cotton; Heather Grey: 90% Cotton, 10% Polyester; All Other Heathers: 50% Cotton, 50% Polyester
- Imported
- Pull On closure
- Machine Wash
- Make this fun graphic art saying design "It's Bad Day To Be A Beer Funny Saying" a great humorous thing to show how much you love drinking beer, alcoholic drinks, funny sayings, quotes, or jokes.
- If you are looking for novelty stuff for alcohol lovers, beer drinkers, or cocktail lovers in your family or friends who love alcoholic drinks and have a good sense of humor.

- Lightweight, Classic fit, Double-needle sleeve and bottom hem

---

## It's A Bad Day & Drinking Beer products you might also need

Sponsored ⓘ | Based on products customers bought together



**Coors Miller High Life Champagne of Beers Front and Back T-Shirt**
25
$22.99
🌿 Climate Pledge Friendly



**Coors Banquet Beer Golden Colorado Vintage T-Shirt**
30
$22.99
🌿 Climate Pledge Friendly



**Coors Banquet Classic Circle Centered Beer Scene T-Shirt**
11
$22.99
🌿 Climate Pledge Friendly

**Coors Classic Beer Banquet Vintage Style T-Shirt**
26
$22.99
🌿 Climate Pledge Friendly

---

## Products related to this item

Sponsored ⓘ



**Mens Papa The Man The Myth The Bad Influence Tee Fathers Day T-Shirt**
$14.49



**Beer Friends Forever Oktoberfest T-Shirt**
$19.99



**Oktoberfest Beer German Flag Funny Men Women Drinking Mug T-Shirt**
$13.38



**Cool Funny tee In My Defense I Was Left Unsupervised T-Shirt**
$19.99



**Texas Beer - Funny Drinking Texas Gift Shirt for Men - F/Yellow-Lg**
31
$25.00



**Oktoberfest Prost Celebrate Beer T-Shir**
$13.38

---

 **Climate Pledge Friendly**

Products with trusted sustainability certification(s). Learn more

**Product Certification (1)**

 **OEKO-TEX STANDARD 100** requires textiles-based products to be tested against a list of 1,000+ chemicals, to limit those which may be harmful to human health. Certification focus: #ProductSafety and #ChemicalsUsed.

---

## Product details

**Package Dimensions** : 10 x 8 x 1 inches; 4.8 Ounces
**Department** : Womens
**Date First Available** : May 10, 2022
**Manufacturer** : It's A Bad Day & Drinking Beer
**ASIN** : B09ZXYQQQZ
**Best Sellers Rank:** #18,622 in Climate Pledge Friendly (See Top 100 in Climate Pledge Friendly)
#2,364 in Men's Novelty T-Shirts
#2,381 in Climate Pledge Friendly: Apparel
#5,066 in Women's Novelty Clothing



Case: 1:23-cv-00752-DRC Doc #: 1-7 Filed: 02/27/24 Page: 133 of 135 PAGEID #: 250

- Taco Griddy Dance Cinco de Mayo
- Lightweight, Classic fit, Double-needle sleeve and bottom hem



**Skeleton Hand Heart Halloween Funny Bones Love T-Shirt**
⭐⭐⭐⭐½ 292
$19.99 ✓prime

Sponsored

---

## Based on your recent views

Sponsored ⓘ



You Free Tonight Merica Eagle Mullet 4th of July Men Women T-Shirt
3
$19.99

Im Thinking T-Shirt
1
$19.99
🌱 Climate Pledge Friendly

Abe Lincoln Griddy American Flag 4th of July T-Shirt
1
$15.99
🌱 Climate Pledge Friendly

Love Washington T-Shirt
$21.99

American Flag Merica Eagle Mullet Shirts, Fourth Of July Men T-Shirt
3
$16.99
🌱 Climate Pledge Friendly

Was of W
$1!

---

## Product details

**Package Dimensions :** 10 x 8 x 1 inches; 4.8 Ounces

**Department :** Mens

**Date First Available :** April 14, 2023

**Manufacturer :** Funny Dance Cinco de Mayo .!

**ASIN :** B0C2GXMWSK

**Best Sellers Rank:** #2,936,242 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#248,968 in Boys' Novelty T-Shirts
#252,363 in Girls' Novelty T-Shirts
#401,470 in Boys' Fashion

---

## Important information

To report an issue with this product, click here.

---

## Brands in this category on Amazon

Sponsored

---



See all 21 options

- Solid colors: 100% Cotton; Heather Grey: 90% Cotton, 10% Polyester; All Other Heathers: 50% Cotton, 50% Polyester
- Imported
- Pull On closure
- Machine Wash
- Usa Jam Washington Lincoln. President Design for Patriotic Americans! American and Patriotic Designs for Active Military, Veterans, Patriotic Americans, and those who support our Armed Forces.
- Usa Jam Washington Lincoln. President Design for Patriotic Americans! American and Patriotic Designs for Active Military, Veterans, Patriotic Americans, and those who support our Armed Forces.
- Lightweight, Classic fit, Double-needle sleeve and bottom hem

## Products related to this item

Sponsored

    

| Stars, Stripes, Courage: USA - Still Standing. T-Shirt | Abraham Lincoln 4th Of July Shirt Men American USA Flag T-Shirt | Vintage USA Retro Typography Patriotic 4th of July T-Shirt | Booker T. Washington Quote Famous Black Men USA History T-Shirt | American Eagle Merica Shirts, Men Women USA Flag Patriotic T-Shirt | USA... |
| --- | --- | --- | --- | --- | --- |
| | 3 | 1 | | | $14... |
| $18.99 | $16.99 | $15.99 | $19.99 | $16.99 | |

## Product details

**Package Dimensions** : 10 x 8 x 1 inches; 4.8 Ounces

**Department** : Mens

**Date First Available** : May 8, 2023

**Manufacturer** : Usa Jam Washington Lincoln shirt

**ASIN** : B0C4KZ7KG7

**Best Sellers Rank:** #2,531,090 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
  #367,369 in Women's Novelty T-Shirts
  #401,473 in Men's Novelty T-Shirts
  #967,989 in Men's Fashion

**Customer Reviews:** 3.0    5 ratings

## Important information

To report an issue with this product, click here.