# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**WEEKEND WARRIOR CLOTHING, LLC,**

      **Plaintiff,**       Case No. 1:23-cv-752

      v.       **JUDGE DOUGLAS R. COLE**

**AMAZON.COM SERVICES, LLC, et al.,**

      **Defendants.**

## CALENDAR ORDER

This civil action came before the Court for a preliminary pretrial conference by telephone on August 21, 2024, at 11:00 a.m. The Court hereby enters the following Calendar Order:

| | |
|---|---|
| Motions to amend the pleadings and/or to add additional parties: | **November 1, 2024** |
| Discovery deadline: | **June 13, 2025** |
| Plaintiff's expert report(s) and designation(s): | **July 18, 2025** |
| Defendants' expert report(s) and designation(s): | **August 15, 2025** |
| Rebuttal expert report(s) and designation(s): | **September 12, 2025** |
| Dispositive motion deadline[1]: | **October 17, 2025** |
| Final Pretrial Conference: | **To be determined** |
| Jury Trial: | **To be determined** |

---

[1] See the Standing Order governing Civil Motions for Summary Judgment.

**SO ORDERED.**

August 21, 2024
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**

2