# EXHIBIT B-7

Gmail

Official Support <support@officialusadrinkingteam.com>

# Multiple infringements/scams posing as us

1 message

**Official Support** <support@officialusadrinkingteam.com> Wed, May 5, 2021 at 2:41 PM
To: copyright@amazon.com

To whom it may concern,

I am the owner of officialusadrinkingteam.com. It has come to my attention that there are multiple companies stealing our design and photos and selling on Amazon. I have attached them below. This has caused confusion and comments on our Paid advertising in which customers from these scams are very disappointed. Please read the reviews and shut these sellers or products down ASAP. Here is our website - https://officialusadrinkingteam.com/collections/basketball-jerseys/products/lady-liberty-basketball-jersey-w-beer-holder

Here are the companies posing as us:

https://www.amazon.com/Statue-Liberty-Basketball-Jersey-Workout/dp/B0913J8X16/ref=sr_1_1?dchild=1&keywords=statue%2Bof%2Bliberty%2Bjersey&qid=1620239578&sr=8-1&th=1

https://www.amazon.com/Statue-Liberty-Basketball-Jersey-Workout/dp/B092Q6KDGD/ref=sr_1_2?dchild=1&keywords=statue+of+liberty+jersey&qid=1620239578&sr=8-2

https://www.amazon.com/Independence-Casual-Liberty-Graphic-Sleeveless/dp/B091YW76NH/ref=sr_1_12?dchild=1&keywords=statue+of+liberty+tank+top&qid=1620240058&sr=8-12

https://www.amazon.com/Unisex-Casual-Sleeveless-Liberty-Independerce/dp/B0924F22D1/ref=sr_1_32?dchild=1&keywords=statue+of+liberty+tank+top&qid=1620240058&sr=8-32

https://www.amazon.com/Independence-American-Liberty-Striped-Sleeveless/dp/B0925B5JXQ/ref=sr_1_40?dchild=1&keywords=statue+of+liberty+tank+top&qid=1620240058&sr=8-40

--
Thanks,
Official USA Support Team