# EXHIBIT B-10

Gmail

Official Support <support@officialusadrinkingteam.com>

# Copyright Claim

1 message

**Official Support** <support@officialusadrinkingteam.com>
To: copyright@amazon.com

Wed, May 5, 2021 at 3:16 PM

To whom it may concern,

I am the owner of officialusadrinkingteam.com. It has come to my attention that there are multiple companies stealing our design and photos and selling on Amazon. I have attached them below. This has caused confusion and comments on our Paid advertising in which customers from these scams are very disappointed. Please read the reviews and shut these sellers or products down ASAP. Here is our website - https://officialusadrinkingteam.com/collections/basketball-jerseys/products/lady-liberty-basketball-jersey-w-beer-holder

Here are the companies posing as us:

https://www.amazon.com/Statue-Liberty-Basketball-Jersey-Workout/dp/B0913J8X16/ref=sr_1_1?dchild=1&keywords=statue%2Bof%2Bliberty%2Bjersey&qid=1620239578&sr=8-1&th=1

https://www.amazon.com/Statue-Liberty-Basketball-Jersey-Workout/dp/B092Q6KDGD/ref=sr_1_2?dchild=1&keywords=statue+of+liberty+jersey&qid=1620239578&sr=8-2

https://www.amazon.com/Independence-Casual-Liberty-Graphic-Sleeveless/dp/B091YW76NH/ref=sr_1_12?dchild=1&keywords=statue+of+liberty+tank+top&qid=1620240058&sr=8-12

https://www.amazon.com/Unisex-Casual-Sleeveless-Liberty-Independerce/dp/B0924F22D1/ref=sr_1_32?dchild=1&keywords=statue+of+liberty+tank+top&qid=1620240058&sr=8-32

https://www.amazon.com/Independence-American-Liberty-Striped-Sleeveless/dp/B0925B5JXQ/ref=sr_1_40?dchild=1&keywords=statue+of+liberty+tank+top&qid=1620240058&sr=8-40

Here are the questions you asked for and my answers are in order below.

-- The name and email address of the person submitting the notice, plus any additional contact details.
-- The rights owner name, if the notice is submitted by an agent of the rights owner.
-- A physical or electronic signature of the person authorized to act on behalf of the owner of the copyright interest;
-- A description of the copyrighted work that you claim has been infringed upon;
-- Your address, telephone number, and email address;
-- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
-- A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

- Tim Whelan - support@officialusadrinkingteam.com
- Tim Whelan + Dan Whelan
- This is our specific jersey design. In addition, they are using our mock-ups and photos from photo shoots we have done. We are getting comments on our ads about the flaws of the jersey they are sending out, as it is completely false advertising on their part.

Exhibit
54
09/19/2025

- 8885 Appleknoll Lane, Cincinnati, Ohio 45236. 513-373-5810.
Support@officialusadrinkingteam.com
- I, Tim Whelan, have a good-faith belief that the disputed use is not authorized by the copyright owner.
- I, Tim Whelan, under penalty or perjury note that the information is accurate and I am the copyright owner of the design/advertising photos.

Tim

--
Thanks,
Official USA Support Team