# EXHIBIT B-14

Gmail

Tim Whelan <twhelan40@gmail.com>

# We Have Received Your Infringement Complaint

3 messages

**Amazon** <no-reply-notice-outreach@amazon.com> Mon, Mar 14, 2022 at 7:57 PM
To: twhelan40@gmail.com

Hello,

We received your notice and additional identification information. Amazon respects the intellectual property rights of others. After we validate the additional information provided and process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 9770966081

Sincerely,
Amazon Customer Trust and Partner Support

---

**Amazon** <no-reply-notice-outreach@amazon.com> Mon, Mar 14, 2022 at 8:12 PM
To: twhelan40@gmail.com

Hello,

We received your notice and additional identification information. Amazon respects the intellectual property rights of others. After we validate the additional information provided and process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 9770972401
[Quoted text hidden]

---

**Tim Whelan** <twhelan40@gmail.com> Tue, Mar 22, 2022 at 6:14 PM
To: copyright@amazon.com

I have been patient, as I was told it would take 1-2 days to respond. Despite this, you guys are still allowing our copyrighted design to be infringed upon. I am confident we can handle this without escalation, but right now, we are losing quite a bit of money and have had to turn off our Facebook advertising, as potential customers would search Amazon after seeing our ad. I would be happy to quantify the amount of money this has cost us and can pass it along to our attorney if need be.

Tim
[Quoted text hidden]

Gmail

Tim Whelan <twhelan40@gmail.com>

# Your Amazon Copyright Inquiry

1 message

**Amazon.com** <nobody@bounces.amazon.com> Tue, Mar 22, 2022 at 6:15 PM
To: Tim Whelan <twhelan40@gmail.com>

Hello,

We received your email. Amazon respects the intellectual property rights of others. After we process your notice, we will notify you by email. This usually takes 1 to 2 days.

Date: Tue, 22 Mar 2022 18:14:40 -0400
From: Tim Whelan <twhelan40@gmail.com>
To: copyright@amazon.com
Subject: Fwd: We Have Received Your Infringement Complaint

I have been patient, as I was told it would take 1-2 days to respond. Despite this, you guys are still allowing our copyrighted design to be infringed upon. I am confident we can handle this without escalation, but right now, we are losing quite a bit of money and have had to turn off our Facebook advertising, as potential customers would search Amazon after seeing our ad. I would be happy to quantify the amount of money this has cost us and can pass it along to our attorney if need be.

Tim

---------- Forwarded message ---------
From: Amazon <no-reply-notice-outreach@amazon.com>
Date: Mon, Mar 14, 2022 at 8:12 PM
Subject: We Have Received Your Infringement Complaint
To: <twhelan40@gmail.com>

Hello,

We received your notice and additional identification information. Amazon respects the intellectual property rights of others. After we validate the additional information provided and process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 9770972401

Sincerely,
Amazon Customer Trust and Partner Support

Case: 1:23-cv-00752-MB Doc #: 64-14 Filed: 10/24/25 Page: 4 of 45 PAGEID #: 6780

**Tim Whelan <twhelan40@gmail.com>**

# RE:[CASE 9809566621] Your report of rights infringement on Amazon.com

3 messages

**no-replies-appeals@amazon.com** <no-replies-appeals@amazon.com> Tue, Mar 22, 2022 at 7:38 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We reviewed your report and determined that it is incomplete. We cannot take action on or complete any of your requests. Please resubmit your report with all the required information listed below.

-- The name and email address of the person submitting the notice, plus any additional contact details.
-- The rights owner name, if the notice is submitted by an agent of the rights owner.

-- A physical or electronic signature of the person authorized to act on behalf of the owner of the copyright interest;
-- A description of the copyrighted work that you claim has been infringed upon;
-- A description of where the material that you claim is infringing is located on the site;
-- Your address, telephone number, and email address;
-- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
-- A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

-- Identification of the intellectual property right asserted. This includes a written description or registration number, if applicable. In the case of a copyright complaint alleging the unauthorized use of images, please provide a direct link to the image as it appears on other sites or provide a complete text description of the image content.

-- Identification of the specific content on Amazon believed to be infringing, by ASIN or URL. If your report is about specific seller listings, please provide a list of sellers. If your report is about text or images on a page describing a product, please identify those images by providing a complete text description of the image content or by including a direct link to the image(s) on the Amazon site. If your report is about text appearing on a page for a product, please include the specific text in question in the Additional Comments field. If your report is that the entire page or product sold via that page infringes, please let us know.

Complaint ID: 9809566621

Sincerely,
=======================
If you are a Rights Owner with a registered trademark, you may be eligible to enroll your brand in the Amazon Brand Registry. Amazon Brand Registry provides access to powerful tools, including proprietary text and image search, predictive automation based on your reports of suspected intellectual property rights violations, and increased authority over product listings with your brand name. To learn more and start the enrollment process, please visit the Amazon Brand Registry page (https://brandservices.amazon.com/?ld=BRUSNFE).

To learn more about how Transparency can help proactively protect your brand from counterfeit, please visit the Transparency website (https://brandservices.amazon.com/transparency?ld=NSGoogle_null). Fill out our contact us form (https://brandservices.amazon.com/transparency/contactus?ld=TRUSCU) and a Transparency team member will reach out to you soon.

---

**Tim Whelan** <twhelan40@gmail.com> Wed, Mar 23, 2022 at 10:33 AM
To: "no-replies-appeals@amazon.com" <no-replies-appeals@amazon.com>

I have already done this a handful of times for the multiple times that Amazon has allowed our copyrights to be sold on their platform. I'm getting tired of filling these out monthly, so I would love to know what options exist to expedite this process. In addition, I filed this complaint 10 days ago and was told I would hear back in 1-2 days. We need somebody to

talk to that can take quicker action on this. If that doesn't exist, we will need to start looking at our legal options and quantifying the damages this has on our brand.

The problem is that we will have this taken down, and new counterfeit products will pop up tomorrow. This is KILLING small businesses. Please let me know what else we can do.

Tim
[Quoted text hidden]

---

**Amazon.com** <no-replies-appeals@amazon.com> Wed, Mar 23, 2022 at 10:34 AM
To: Tim Whelan <twhelan40@gmail.com>

Dear Seller,

Thank you for submitting your appeal. This email address does not accept incoming messages.

Please submit your appeal by following the instructions on the Account Health page in Seller Central (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_nr). The Account Health page shows how well your
account is performing against the performance metrics and policies required to sell on Amazon, and helps us direct your appeal to the team that can best assist you.

To appeal a listing deactivation, please click on the 'Next Steps' link next to the listing on your Account Health page.

To appeal an account deactivation, please follow the instructions in the banner on the top of your Account Health page.

You should expect a reply within 1-2 days after your appeal is submitted.

Thank you,
Amazon

P.S. You received this message because Amazon.com received the following message:

Date: Wed, 23 Mar 2022 10:33:17 -0400
From: Tim Whelan <twhelan40@gmail.com>
To: "no-replies-appeals@amazon.com" <no-replies-appeals@amazon.com>
Subject: Re: [CASE 9809566621] Your report of rights infringement on Amazon.com
[Quoted text hidden]

Gmail

Tim Whelan <twhelan40@gmail.com>

# Your Report of Rights Infringement on Amazon.com

4 messages

**Amazon** <notice@amazon.com> Tue, Mar 29, 2022 at 8:43 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We cannot take action on your report for the reasons listed below.

-- We have determined that the notices you have reported to Amazon are invalid and/or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

We only process one intellectual property (IP) complaint at a time. In order to ensure quality and quick resolution of your notices, we will only process the specific complaint type you have chosen on the Report Infringement or “Report a Violation” forms (such as patent, trademark, or copyright). If you have additional IP concerns, please submit additional notices of infringement.

For example, selecting trademark infringement but discussing copyright issues in the submission will result in the notice being processed as a trademark complaint. To report infringement of a trademark and a copyright, separate notices must be filed.

ASIN: B09V38KR4B
Complaint ID: 9770966081

To learn more about Amazon Intellectual Property policies, please review our Rights Owner Help Content (https://sellercentral.amazon.com/gp/help/external/U5SQCEKADDAQRLZ).

Sincerely,
Amazon.com
=======================
If you are a Rights Owner with a registered trademark, you may be eligible to enroll your brand in the Amazon Brand Registry. Amazon Brand Registry provides access to powerful tools, including proprietary text and image search, predictive automation based on your reports of suspected intellectual property rights violations, and increased authority over product listings with your brand name. To learn more and start the enrollment process, please visit the Amazon Brand Registry page (https://brandservices.amazon.com/?ld=BRUSNFE).

To learn more about how Transparency can help proactively protect your brand from counterfeit, please visit the Transparency website (https://brandservices.amazon.com/transparency?ld=NSGoogle_null). Fill out our contact us form (https://brandservices.amazon.com/transparency/contactus?ld=TRUSCU) and a Transparency team member will reach out to you soon.

**Amazon** <notice@amazon.com> Tue, Mar 29, 2022 at 8:43 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We cannot take action on your report for the reasons listed below.

-- We have determined that the notices you have reported to Amazon are invalid and/or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

We only process one intellectual property (IP) complaint at a time. In order to ensure quality and quick resolution of your notices, we will only process the specific complaint type you have chosen on the Report Infringement or “Report a Violation” forms (such as patent, trademark, or copyright). If you have additional IP concerns, please submit additional notices of infringement.

For example, selecting trademark infringement but discussing copyright issues in the submission will result in the notice

being processed as a trademark complaint. To report infringement of a trademark and a copyright, separate notices must be filed.

ASIN: B09VC5P68D
Complaint ID: 9770972401

To learn more about Amazon Intellectual Property policies, please review our Rights Owner Help Content (https://sellercentral.amazon.com/gp/help/external/U5SQCEKADDAQRLZ).

Sincerely,

[Quoted text hidden]

---

**Tim Whelan** <twhelan40@gmail.com> Wed, Mar 30, 2022 at 9:34 AM
To: Amazon <notice@amazon.com>, copyright@amazon.com

The designs sold on your site are blatant rip-offs and you have taken 3 weeks to respond. I have notified my attorney and we will proceed through him. If anything has changed, please let me know. Otherwise, our attorney will be handling it from here and we will seek damages for the sales stolen during the period in which we spent $50,000 on Facebook ads advertising this product/design.

Tim
[Quoted text hidden]

---

**Amazon.com** <nobody@bounces.amazon.com> Wed, Mar 30, 2022 at 9:34 AM
To: Tim Whelan <twhelan40@gmail.com>

Hello,

This email address has been closed. Messages sent to this email address will not be reviewed by Amazon.

If you have already enrolled your brand in Amazon Brand Registry, please log in and use the Report a Violation tool to submit future notices of infringement. Otherwise, please use our publicly available Report Infringement Form at https://www.amazon.com/report/infringement for future notices of infringement.

If you are a rights owner with a registered trademark, you may be eligible to enroll your brand in the Amazon Brand Registry. Amazon Brand Registry provides access to powerful tools including proprietary text and image search, predictive automation based on your reports of suspected intellectual property rights violations, and increased authority over product listings with your brand name. To learn more and start the enrollment process, click here.

For additional questions on Amazon’s infringement policies, please read our Seller Help Content.

Sincerely,

Amazon.com

Gmail

Tim Whelan <twhelan40@gmail.com>

# Complaint ID: 9847427161 - legal action

1 message

**Tim Whelan** <twhelan40@gmail.com> Wed, Mar 30, 2022 at 11:40 PM
To: copyright@amazon.com

To whom it may concern,

We submitted this complaint about our copyrighted work being infringed upon on Amazon. Amazon has acknowledged this report and claimed it was a "false report". Happy to provide any additional information, but it seems legal action may be the only route. The complaint ID for your reference is as follows: Complaint ID: 9847427161

As part of the DMCA takedown process, I am asking that this infringing item be removed from your site. Failure to comply will result in escalation to our legal team.

Tim

Gmail

Tim Whelan <twhelan40@gmail.com>

# Your Amazon Copyright Inquiry

1 message

**Amazon.com** <nobody@bounces.amazon.com>    Wed, Mar 30, 2022 at 11:42 PM
To: Tim Whelan <twhelan40@gmail.com>

Hello,

We received your email. Amazon respects the intellectual property rights of others. After we process your notice, we will notify you by email. This usually takes 1 to 2 days.

Date: Wed, 30 Mar 2022 23:40:53 -0400
From: Tim Whelan <twhelan40@gmail.com>
To: copyright@amazon.com
Subject: Complaint ID: 9847427161 - legal action

To whom it may concern,

We submitted this complaint about our copyrighted work being infringed upon on Amazon. Amazon has acknowledged this report and claimed it was a "false report". Happy to provide any additional information, but it seems legal action may be the only route. The complaint ID for your reference is as follows: Complaint ID: 9847427161

As part of the DMCA takedown process, I am asking that this infringing item be removed from your site. Failure to comply will result in escalation to our legal team.

Tim

Gmail

Tim Whelan <twhelan40@gmail.com>

# RE:[CASE 9847427161] Your report of rights infringement on Amazon.com

3 messages

**notice@amazon.com** <notice@amazon.com> Thu, Mar 31, 2022 at 2:19 AM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We cannot take action on your report for the reasons listed below.

-- We have determined that the notices you have reported to Amazon are invalid and/or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

We only process one intellectual property (IP) complaint at a time. In order to ensure quality and quick resolution of your notices, we will only process the specific complaint type you have chosen on the Report Infringement or “Report a Violation” forms (such as patent, trademark, or copyright). If you have additional IP concerns, please submit additional notices of infringement.

For example, selecting trademark infringement but discussing copyright issues in the submission will result in the notice being processed as a trademark complaint. To report infringement of a trademark and a copyright, separate notices must be filed.

Complaint ID: 9847427161

To learn more about Amazon Intellectual Property policies, please review our Rights Owner Help Content (https://sellercentral.amazon.com/gp/help/external/U5SQCEKADDAQRLZ).

Sincerely,

======================
If you are a Rights Owner with a registered trademark, you may be eligible to enroll your brand in the Amazon Brand Registry. Amazon Brand Registry provides access to powerful tools, including proprietary text and image search, predictive automation based on your reports of suspected intellectual property rights violations, and increased authority over product listings with your brand name. To learn more and start the enrollment process, please visit the Amazon Brand Registry page (https://brandservices.amazon.com/?ld=BRUSNFE).

To learn more about how Transparency can help proactively protect your brand from counterfeit, please visit the Transparency website (https://brandservices.amazon.com/transparency?ld=NSGoogle_null). Fill out our contact us form (https://brandservices.amazon.com/transparency/contactus?ld=TRUSCU) and a Transparency team member will reach out to you soon.

---

**Tim Whelan** <twhelan40@gmail.com> Thu, Mar 31, 2022 at 10:05 AM
To: "notice@amazon.com" <notice@amazon.com>

I declare, under penalty of perjury, that the information contained in this notification is correct and accurate and that I am the owner or agent of the owner of the rights described above. Please take this down ASAP or we will pursue legal action, as you have acknowledged receipt of our complaint, yet are still allowing our copyrighted designs to be sold on your site.

[Quoted text hidden]

---

**Amazon.com** <nobody@bounces.amazon.com> Thu, Mar 31, 2022 at 10:06 AM
To: Tim Whelan <twhelan40@gmail.com>

Hello,

This email address has been closed. Messages sent to this email address will not be reviewed by Amazon.

If you have already enrolled your brand in Amazon Brand Registry, please log in and use the Report a Violation tool to submit future notices of infringement. Otherwise, please use our publicly available Report Infringement Form at https://www.amazon.com/report/infringement for future notices of infringement.

If you are a rights owner with a registered trademark, you may be eligible to enroll your brand in the Amazon Brand Registry. Amazon Brand Registry provides access to powerful tools including proprietary text and image search, predictive automation based on your reports of suspected intellectual property rights violations, and increased authority over product listings with your brand name. To learn more and start the enrollment process, click here.

For additional questions on Amazon’s infringement policies, please read our Seller Help Content.

Sincerely,

Amazon.com

Gmail

Tim Whelan <twhelan40@gmail.com>

# RE:[CASE 9852731351] Notice: Policy Warning

1 message

**no-replies-appeals@amazon.com** <no-replies-appeals@amazon.com> Thu, Mar 31, 2022 at 1:50 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We cannot take action on your report for the reasons listed below.

All reports are thoroughly investigated by our investigations team.

If you believe a materially different product is being sold on this listing, you can report this possible violation as follows:
1) Visit our Contact Us page (https://sellercentral.amazon.com/cu/contact-us).
2) Select "Other issues" on the left side of the page.
3) Select "Report a violation" on the Contact Us form.

-- We have determined that the notices you have reported to Amazon are invalid and/or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

We only process one intellectual property (IP) complaint at a time. In order to ensure quality and quick resolution of your notices, we will only process the specific complaint type you have chosen on the Report Infringement or “Report a Violation” forms (such as patent, trademark, or copyright). If you have additional IP concerns, please submit additional notices of infringement.

For example, selecting trademark infringement but discussing copyright issues in the submission will result in the notice being processed as a trademark complaint. To report infringement of a trademark and a copyright, separate notices must be filed.

ASIN: B09V38KR4B
Complaint ID: 9852731351

To learn more about Amazon Intellectual Property policies, please review our Rights Owner Help Content (https://sellercentral.amazon.com/gp/help/external/U5SQCEKADDAQRLZ).

Sincerely,

=======================
If you are a Rights Owner with a registered trademark, you may be eligible to enroll your brand in the Amazon Brand Registry. Amazon Brand Registry provides access to powerful tools, including proprietary text and image search, predictive automation based on your reports of suspected intellectual property rights violations, and increased authority over product listings with your brand name. To learn more and start the enrollment process, please visit the Amazon Brand Registry page (https://brandservices.amazon.com/?ld=BRUSNFE).

To learn more about how Transparency can help proactively protect your brand from counterfeit, please visit the Transparency website (https://brandservices.amazon.com/transparency?ld=NSGoogle_null). Fill out our contact us form (https://brandservices.amazon.com/transparency/contactus?ld=TRUSCU) and a Transparency team member will reach out to you soon.

Gmail

Tim Whelan <twhelan40@gmail.com>

---

# We Have Received Your Infringement Complaint about B09VDF3XGW

3 messages

---

**Amazon** <no-reply-notice-outreach@amazon.com> Thu, Mar 31, 2022 at 1:48 PM
To: twhelan40@gmail.com

Hello,

We received your email. Amazon respects the intellectual property rights of others. After we process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 9853511971

Sincerely,
Amazon.com

---

**Tim Whelan** <twhelan40@gmail.com> Thu, Mar 31, 2022 at 2:13 PM
To: merch-sellers-contactus@amazon.com

Please see below for a Complaint ID regarding our stolen copyrighted designs. You guys are not only hosting our copyrighted design, but you are also printing the design. Please expedite this before we are forced to escalate to our legal team.

[Quoted text hidden]

---

**The Merch by Amazon Support Team** <merch-sellers-contactus@amazon.com> Thu, Mar 31, 2022 at 2:27 PM
To: twhelan40@gmail.com

Hello from Amazon Selling Partner Support,

Thank you for contacting us.

Amazon respects the intellectual property rights of others. The correct team has acknowledged your notice, and will notify you by email.

Please note, this process will usually take 1 to 2 days.

Note this channel does not handle Intellectual Removal Request, for further assistance please refer to copyright@amazon.com with your complaint ID.

Please let us know how we did.

Were you satisfied with the support provided?

Click here for yes:
http://www.amazon.com/gp/help/survey?p=A3KD9RWC2JS89E&k=hy

Click here for no:
http://www.amazon.com/gp/help/survey?p=A3KD9RWC2JS89E&k=hn

Thank you!

For questions related to billing and other account-specific issues, please contact merch-sellers-contactus@amazon.com. Or, to respond about this issue again, send an email with the subject "RE: [Case 9853637551]".

Best regards,

Case: 1:23-cv-00752-MB Doc #: 64-14 Filed: 10/24/25 Page: 14 of 45 PAGEID #: 6790

Ava W.
Merch by Amazon Support
------------------------------ ---------

Visit our forums for more information, frequently asked questions, and to connect with our community:
http://bit.ly/MerchForum

To contact us about a separate issue, please open a new case by emailing:
merch-sellers-contactus@amazon.com

Gmail

Tim Whelan <twhelan40@gmail.com>

# Your Report of Rights Infringement on Amazon.com

3 messages

**Amazon** <no-reply-notice-outreach@amazon.com> Thu, Mar 31, 2022 at 4:34 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We reviewed your notices of infringement and determined that the notices you have submitted to Amazon are invalid or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

Complaint ID: 9853654161

Sincerely,
Amazon Customer and Brand Protection

---

**Amazon** <no-reply-notice-outreach@amazon.com> Thu, Mar 31, 2022 at 4:36 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We reviewed your notices of infringement and determined that the notices you have submitted to Amazon are invalid or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

Complaint ID: 9853511971
[Quoted text hidden]

---

**Amazon** <no-reply-notice-outreach@amazon.com> Thu, Mar 31, 2022 at 4:40 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We reviewed your notices of infringement and determined that the notices you have submitted to Amazon are invalid or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

Complaint ID: 9853533071
[Quoted text hidden]

Gmail **Tim Whelan <twhelan40@gmail.com>**

# We Have Received Your Infringement Complaint about B09V38KR4B

7 messages

**Amazon** <no-reply-notice-outreach@amazon.com> Thu, Mar 31, 2022 at 1:50 PM
To: twhelan40@gmail.com

Hello,

We received your email. Amazon respects the intellectual property rights of others. After we process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 9853533071

Sincerely,
Amazon.com

---

**Tim Whelan** <twhelan40@gmail.com> Thu, Mar 31, 2022 at 2:15 PM
To: merch-sellers-contactus@amazon.com

Please see below for a Complaint ID regarding our stolen copyrighted designs. You guys are not only hosting our copyrighted design, but you are also printing the design. I contacted Amazon several times, and they have acknowledged receipt per DMCA policy, yet nothing has been done. Please expedite this before we are forced to escalate to our legal team.

Complaint ID: 9853533071
[Quoted text hidden]

---

**The Merch by Amazon Support Team** <merch-sellers-contactus@amazon.com> Thu, Mar 31, 2022 at 2:55 PM
To: twhelan40@gmail.com

Hello from Amazon Selling Partner Support,

Thank you for contacting us.

In order to fulfill your support request, please email us from the address with a registered Merch by Amazon account.

We currently find no accounts under this email address and will need to correspond with the account holder directly.

We look forward to hearing from you.

Please let us know how we did.

Were you satisfied with the support provided?

Click here for yes:
http://www.amazon.com/gp/help/survey?p=A25DQHRRYCH5T0&k=hy

Click here for no:
http://www.amazon.com/gp/help/survey?p=A25DQHRRYCH5T0&k=hn

Thank you!

For questions related to billing and other account-specific issues, please contact merch-sellers-contactus@amazon.com. Or, to respond about this issue again, send an email with the subject "RE: [Case 9853614891]".

Best regards,

Beryl W.
Merch by Amazon Support
---------------------------------------

Visit our forums for more information, frequently asked questions, and to connect with our community:
http://bit.ly/MerchForum

To contact us about a separate issue, please open a new case by emailing:
merch-sellers-contactus@amazon.com

---

**Tim Whelan** <twhelan40@gmail.com> Fri, Apr 1, 2022 at 10:23 AM
To: The Merch by Amazon Support Team <merch-sellers-contactus@amazon.com>

I am not selling on Merch By Amazon. I am contacting you about a seller on Merch by Amazon that is stealing our copyrighted work and profiting off our designs (Amazon is also profiting). I am starting to get irritated with this and am very close to escalating this to our legal team, as Amazon has ignored DMCA takedown policy. Amazon and Merch by Amazon has now acknowledged receipt of my complaint and there is nothing being done to stop our copyrighted material from being infringed upon. Please review the Case ID: 9853533071 and take action by end of day or we will be forced to escalate this issue further.

Tim
[Quoted text hidden]

---

**The Merch by Amazon Support Team** <merch-sellers-contactus@amazon.com> Fri, Apr 1, 2022 at 11:50 AM
To: twhelan40@gmail.com

Hello from Amazon Selling Partner Support,

Thank you for contacting us. We do not handle infringement complaint cases. If you have concerns about your report or further questions, please follow up directly on the communication you have received on the report.

Please let us know how we did.

Were you satisfied with the support provided?

Click here for yes:
http://www.amazon.com/gp/help/survey?p=A2402S0A8IEIY3&k=hy

Click here for no:
http://www.amazon.com/gp/help/survey?p=A2402S0A8IEIY3&k=hn
[Quoted text hidden]

---

**Tim Whelan** <twhelan40@gmail.com> Fri, Apr 1, 2022 at 11:56 AM
To: The Merch by Amazon Support Team <merch-sellers-contactus@amazon.com>

They have said it was invalid, when I assure you under penalty or perjury that is valid. I suppose at this point, you are recommending we take this the legal route. I am very familiar with DMCA takedown policy and my attorney is on standby. Surely you can get this to the right team to avoid escalation and this becoming a bigger issue for Amazon. They have clearly not reviewed the request, as they claimed it is invalid. Amazon is incentivized to not take it down, as they are making money off of our intellectual property. For full disclosure, this correspondence and the other correspondence will be passed on to our attorney.

Tim
[Quoted text hidden]

---

**The Merch by Amazon Support Team** <merch-sellers-contactus@amazon.com> Fri, Apr 1, 2022 at 1:09 PM
To: twhelan40@gmail.com

Hello from Amazon Selling Partner Support,

Thank you for contacting us. We do not handle infringement complaint cases. If you have concerns about your report or further questions, please follow up directly on the communication you have received on the report.

Please let us know how we did.

Were you satisfied with the support provided?

Click here for yes:
http://www.amazon.com/gp/help/survey?p=A32I57EFZA929&k=hy

Click here for no:
http://www.amazon.com/gp/help/survey?p=A32I57EFZA929&k=hn
[Quoted text hidden]

Gmail

Tim Whelan <twhelan40@gmail.com>

# Your Report of Rights Infringement on Amazon.com

2 messages

**Amazon** <no-reply-notice-outreach@amazon.com> Mon, Apr 4, 2022 at 1:28 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We reviewed your notices of infringement and determined that the notices you have submitted to Amazon are invalid or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

Complaint ID: 9868960631

Sincerely,
Amazon Customer and Brand Protection

**Amazon** <no-reply-notice-outreach@amazon.com> Mon, Apr 4, 2022 at 1:29 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We reviewed your notices of infringement and determined that the notices you have submitted to Amazon are invalid or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

Complaint ID: 9868906241
[Quoted text hidden]

Gmail

**Tim Whelan <twhelan40@gmail.com>**

---

## We Have Received Your Infringement Complaint about B09ZXYQQQZ, B0B19FK1LS

1 message

---

**Amazon** <no-reply-notice-outreach@amazon.com> Mon, May 16, 2022 at 10:31 AM
To: twhelan40@gmail.com

Hello,

We received your email. Amazon respects the intellectual property rights of others. After we process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 10073139981

Sincerely,
Amazon.com

Gmail

Tim Whelan <twhelan40@gmail.com>

# Your Report of Rights Infringement on Amazon.com

2 messages

**Amazon** <no-reply-notice-outreach@amazon.com> Mon, May 16, 2022 at 1:02 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We reviewed your notices of infringement and determined that the notices you have submitted to Amazon are invalid or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

Complaint ID: 10073139981

Sincerely,
Amazon Customer and Brand Protection

**Amazon** <no-reply-notice-outreach@amazon.com> Mon, May 16, 2022 at 1:16 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We reviewed your notices of infringement and determined that the notices you have submitted to Amazon are invalid or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

Complaint ID: 10073131071
[Quoted text hidden]

Case: 1:23-cv-00752-MB Doc #: 64-14 Filed: 10/24/25 Page: 22 of 45 PAGEID #: 6798

Gmail

**Tim Whelan <twhelan40@gmail.com>**

# We Have Received Your Infringement Complaint about B09VC5P68D, B09VC6KF6T, B09VSS4Z8X, B0B25B8MXQ

1 message

**Amazon** <no-reply-notice-outreach@amazon.com> Sun, Feb 12, 2023 at 1:25 PM
To: twhelan40@gmail.com

Hello,

We received your email. Amazon respects the intellectual property rights of others. After we process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 11980490881

Sincerely,
Amazon.com

Gmail

**Tim Whelan <twhelan40@gmail.com>**

# We Have Received Your Infringement Complaint about B0BTYQ4368, B0BV1BZ9WV

1 message

**Amazon** <no-reply-notice-outreach@amazon.com> Sun, Feb 12, 2023 at 3:04 PM
To: twhelan40@gmail.com

Hello,

We received your email. Amazon respects the intellectual property rights of others. After we process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 11980948951

Sincerely,
Amazon.com

Gmail

**Tim Whelan <twhelan40@gmail.com>**

# Your Report of Rights Infringement on Amazon.com

4 messages

**Amazon** <no-reply-notice-outreach@amazon.com> Sun, Feb 12, 2023 at 3:50 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We reviewed your notices of infringement and determined that the notices you have submitted to Amazon are invalid or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

Complaint ID: 11980490881

Sincerely,
Amazon Customer and Brand Protection

**Amazon** <no-reply-notice-outreach@amazon.com> Sun, Feb 12, 2023 at 5:08 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We reviewed your notices of infringement and determined that the notices you have submitted to Amazon are invalid or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

Complaint ID: 11980948951
[Quoted text hidden]

**Tim Whelan** <twhelan40@gmail.com> Mon, Feb 13, 2023 at 1:17 PM
To: Amazon <no-reply-notice-outreach@amazon.com>

Hello - per my legal counsel - we would like to know where the invalid report is so we can correct it and re-submit, as this is not an invalid claim.

Please provide us with what needs to be corrected and we will push through a new DMCA claim.
[Quoted text hidden]

**Tim Whelan** <twhelan40@gmail.com> Mon, Feb 13, 2023 at 1:18 PM
To: Amazon <no-reply-notice-outreach@amazon.com>

Hello - per my legal counsel - we would like to know where the invalid report is so we can correct it and re-submit, as this is not an invalid claim.

Please provide us with what needs to be corrected and we will push through a new DMCA claim.

[Quoted text hidden]



WW0030402

Gmail

Tim Whelan <twhelan40@gmail.com>

# Complaint ID: 11980490881

1 message

**Tim Whelan** <twhelan40@gmail.com> Mon, Feb 13, 2023 at 1:19 PM
To: copyright@amazon.com

Hello -

We just received an email yesterday saying our valid copyright claim was "invalid or inaccurate".

Per my legal counsel - we would like to know where the invalid report is so we can correct it and re-submit, as this is not an invalid claim.

Please provide us with what needs to be corrected and we will push through a new DMCA claim.

Gmail

Tim Whelan <twhelan40@gmail.com>

---

# We Have Received Your Infringement Complaint about B0BXJRK1BM

1 message

---

**Amazon** <no-reply-notice-outreach@amazon.com> Sun, Mar 5, 2023 at 1:27 PM
To: twhelan40@gmail.com

Hello,

We received your email. Amazon respects the intellectual property rights of others. After we process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 12147854731

Sincerely,
Amazon.com

Gmail

Tim Whelan <twhelan40@gmail.com>

# We Have Received Your Infringement Complaint about B0BXJV692D

1 message

**Amazon** <no-reply-notice-outreach@amazon.com> Wed, Mar 22, 2023 at 1:13 PM
To: twhelan40@gmail.com

Hello,

We received your email. Amazon respects the intellectual property rights of others. After we process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 12307672011

Sincerely,
Amazon.com

Gmail

Tim Whelan <twhelan40@gmail.com>

# We Have Received Your Infringement Complaint about B0B19FK1LS, B0B1G8LS59, B0B1GF6S9S, B0B1J7Y67Q, B0B259FPTW, B0B36FS67Q, B0B3T4YVZQ, B0B58XJKXD, B0B8H1SQ6B

1 message

**Amazon** <no-reply-notice-outreach@amazon.com> Wed, Mar 22, 2023 at 1:20 PM
To: twhelan40@gmail.com

Hello,

We received your email. Amazon respects the intellectual property rights of others. After we process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 12307945041

Sincerely,
Amazon.com

Gmail

**Tim Whelan <twhelan40@gmail.com>**

# Your Report of Rights Infringement on Amazon.com

2 messages

**Amazon** <no-reply-notice-outreach@amazon.com> Wed, Mar 22, 2023 at 3:26 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We reviewed your notices of infringement and determined that the notices you have submitted to Amazon are invalid or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

Complaint ID: 12307672011

Sincerely,
Amazon Customer and Brand Protection

---

**Amazon** <no-reply-notice-outreach@amazon.com> Wed, Mar 22, 2023 at 3:40 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We reviewed your notices of infringement and determined that the notices you have submitted to Amazon are invalid or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

Complaint ID: 12307945041
[Quoted text hidden]

Gmail

Tim Whelan <twhelan40@gmail.com>

# We Have Received Your Infringement Complaint about B09ZXYQQQZ

1 message

**Amazon** <no-reply-notice-outreach@amazon.com> Mon, Apr 3, 2023 at 11:18 AM
To: twhelan40@gmail.com

Hello,

We received your email. Amazon respects the intellectual property rights of others. After we process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 12405832521

Sincerely,
Amazon.com

**Tim Whelan <twhelan40@gmail.com>**

---

## We Have Received Your Infringement Complaint about B0C18LWCJT

1 message

---

**Amazon** <no-reply-notice-outreach@amazon.com> Mon, Apr 3, 2023 at 11:20 AM
To: twhelan40@gmail.com

Hello,

We received your email. Amazon respects the intellectual property rights of others. After we process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 12405738141

Sincerely,
Amazon.com

Case: 1:23-cv-00752-MB Doc #: 64-14 Filed: 10/24/25 Page: 32 of 45 PAGEID #: 6808

Gmail **Tim Whelan <twhelan40@gmail.com>**

# Your Report of Rights Infringement on Amazon.com

2 messages

**Amazon** <no-reply-notice-outreach@amazon.com> Mon, Apr 3, 2023 at 1:36 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We reviewed your notices of infringement and determined that the notices you have submitted to Amazon are invalid or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

Complaint ID: 12405832521

Sincerely,
Amazon Customer and Brand Protection

---

**Amazon** <no-reply-notice-outreach@amazon.com> Mon, Apr 3, 2023 at 1:40 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We reviewed your notices of infringement and determined that the notices you have submitted to Amazon are invalid or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

Complaint ID: 12405738141
[Quoted text hidden]

Gmail **Tim Whelan <twhelan40@gmail.com>**

# Copyright Ingringement

10 messages

**Tim Whelan** <twhelan40@gmail.com> Tue, Apr 11, 2023 at 11:20 AM
To: The Merch by Amazon Support Team <merch-sellers-contactus@amazon.com>

To whom it may concern,

Why is Amazon ignoring DMCA on valid copyrights I have submitted?

As you are aware, copyright on our artworks exists from the moment a work is created REGARDLESS of whether a copyright is registered.

Please remove this listing, as it infringes on my copyright and previous DMCA have been ignored. Very odd that Amazon is relinquishing their safe harbor by simply ignoring DMCA.

https://www.amazon.com/McGeess-Funny-Patricks-Day-Shamrocks/dp/B0BV77PRCF/ref=sr_1_1?crid=2DUAKVCZSOE4P&keywords=tits+mcgee+irish+pub&qid=1681226379&sprefix=tits+mcgee+irish+pub%2Caps%2C103&sr=8-1

## Product details

**Package Dimensions :** 10 x 8 x 1 inches; 4.8 Ounces

**Department :** mens

**Date First Available :** February 8, 2023

**Manufacturer :** Funny St Patricks Day Men Women Shirt

**ASIN :** B0BV77PRCF

**Best Sellers Rank:** #875,684 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#74,416 in Women's Novelty T-Shirts
#89,586 in Men's Novelty T-Shirts
#302,607 in Men's Fashion

**Customer Reviews:** ★★★★★ 9 ratings

**The Merch by Amazon Support Team** <merch-sellers-contactus@amazon.com> Tue, Apr 11, 2023 at 12:30 PM
To: twhelan40@gmail.com

Hello from Amazon Selling Partner Support,

We currently find no Amazon Merch on Demand accounts under this email address, twhelan40@gmail.com and to ensure the security of your account we will need to correspond with you through the registered email directly.

Protecting intellectual property rights is important to us. If you believe that an item available for sale on Amazon contains content that is infringing your intellectual property, you can report it to Amazon using our online form. This form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements such as copyright and trademark concerns.

Report Infringement:

US: https://www.amazon.com/report/infringement
UK: https://www.amazon.co.uk/report/infringement
Germany: https://www.amazon.de/report/infringement?language=de_DE
FR: https://www.amazon.fr/report/infringement

IT: https://www.amazon.it/report/infringement
ES: https://www.amazon.es/report/infringement
JP: https://www.amazon.co.jp/report/infringement

The form does not support scripts or third party browser extensions.

By completing the form at the link above you can ensure the right team handles your case.

Please let us know how we did.

Were you satisfied with the support provided?

Click here for yes:
http://www.amazon.com/gp/help/survey?p=A3E8UJBHI8BBPC&k=hy

Click here for no:
http://www.amazon.com/gp/help/survey?p=A3E8UJBHI8BBPC&k=hn

Thank you!

For questions related to billing and other account-specific issues, please contact merch-sellers-contactus@amazon.com.
Or, to respond about this issue again, send an email with the subject "RE: [Case 12474196711]".

Best regards,

Matthew G.
Merch by Amazon Support
---------------------------------------

Visit our forums for more information, frequently asked questions, and to connect with our community:
http://bit.ly/MerchForum

To contact us about a separate issue, please open a new case by emailing:
merch-sellers-contactus@amazon.com

---

**Tim Whelan** <twhelan40@gmail.com> Tue, Apr 11, 2023 at 12:35 PM
To: The Merch by Amazon Support Team <merch-sellers-contactus@amazon.com>

We do not have a seller account. Just noticed our design is stolen.

As a result, we are currently registering the copyright, as copyright registration is only required for legal matters.

Please remove this listing at your earliest convenience.

Tim
[Quoted text hidden]

---

**The Merch by Amazon Support Team** <merch-sellers-contactus@amazon.com> Tue, Apr 11, 2023 at 1:40 PM
To: twhelan40@gmail.com

Hello from Amazon Selling Partner Support,

Thank you for clarifying. You do know need to be a member to report. as mentioned in the previous email however we do know handle these reviews you will need to fill out the online form linked below. Protecting intellectual property rights is important to us. If you believe that an item available for sale on Amazon contains content that is infringing your intellectual property, you can report it to Amazon using our online form. This form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements such as copyright and trademark concerns.

Report Infringement:

US: https://www.amazon.com/report/infringement
UK: https://www.amazon.co.uk/report/infringement
Germany: https://www.amazon.de/report/infringement?language=de_DE
FR: https://www.amazon.fr/report/infringement
IT: https://www.amazon.it/report/infringement
ES: https://www.amazon.es/report/infringement
JP: https://www.amazon.co.jp/report/infringement

The form does not support scripts or third party browser extensions.

By completing the form at the link above you can ensure the right team handles your case.

Please let us know how we did.

Were you satisfied with the support provided?

Click here for yes:
http://www.amazon.com/gp/help/survey?p=A3KQ2NXRWTP6P1&k=hy

Click here for no:
http://www.amazon.com/gp/help/survey?p=A3KQ2NXRWTP6P1&k=hn
[Quoted text hidden]

---

**Tim Whelan** <twhelan40@gmail.com> Tue, Apr 11, 2023 at 2:39 PM
To: The Merch by Amazon Support Team <merch-sellers-contactus@amazon.com>

Hello - I think you are misunderstanding. Here is what I am asking:

My copyrighted design is being sold on Merch by Amazon. I have submitted numerous DMCA which all tell me that my report is false and that the design in question is NOT selling my design.

I can say with 100% certainty, that the designs are stolen pixel for pixel from me. Since you have recommended something that didn't work, what do you recommend I do now? Other than hiring an attorney and holding Amazon accountable for forfeiting their safe harbor by ignoring DMCA, what do you recommend?

Tim
[Quoted text hidden]

---

**The Merch by Amazon Support Team** <merch-sellers-contactus@amazon.com> Tue, Apr 11, 2023 at 2:46 PM
To: twhelan40@gmail.com

Hello from Amazon Selling Partner Support,

Thank you for clarifying. If your claim was reviewed already then there is no action that My team can take. We have to abide by that review.

If you have questions of a legal nature, you are welcome to contact our Legal team directly at:

Amazon.com

Legal Dept.

P.O. Box 81226

Seattle, WA 98108-1226

Fax: 206-266-7010

Report Infringement:

US: https://www.amazon.com/report/infringement

UK: https://www.amazon.co.uk/report/infringement
Germany: https://www.amazon.de/report/infringement?language=de_DE
FR: https://www.amazon.fr/report/infringement
IT: https://www.amazon.it/report/infringement
ES: https://www.amazon.es/report/infringement
JP: https://www.amazon.co.jp/report/infringement

The form does not support scripts or third party browser extensions.

By completing the form at the link above you can ensure the right team handles your case.

We regret we cannot correspond with you further regarding this issue.

Please let us know how we did.

Were you satisfied with the support provided?

Click here for yes:
http://www.amazon.com/gp/help/survey?p=A2E3ZZ4PDAL5J4&k=hy

Click here for no:
http://www.amazon.com/gp/help/survey?p=A2E3ZZ4PDAL5J4&k=hn
[Quoted text hidden]

---

**Tim Whelan** <twhelan40@gmail.com> Tue, Apr 11, 2023 at 2:52 PM
To: The Merch by Amazon Support Team <merch-sellers-contactus@amazon.com>

So does Amazon ever make the mistake and reject a copyright claim that was actually accurately submitted? Or am I the first one?

Tim
[Quoted text hidden]

---

**The Merch by Amazon Support Team** <merch-sellers-contactus@amazon.com> Tue, Apr 11, 2023 at 3:00 PM
To: twhelan40@gmail.com

Hello from Amazon Selling Partner Support,

Thank you for clarifying. We are not part of the reviewing team and can not answer your questions about that review ,investigation process. If your claim was reviewed already then there is no action that My team can take. We have to abide by that review.

If you have questions of a legal nature, you are welcome to contact our Legal team directly at:

Amazon.com

Legal Dept.

P.O. Box 81226

Seattle, WA 98108-1226

Fax: 206-266-7010

Report Infringement:

US: https://www.amazon.com/report/infringement
UK: https://www.amazon.co.uk/report/infringement
Germany: https://www.amazon.de/report/infringement?language=de_DE
FR: https://www.amazon.fr/report/infringement
IT: https://www.amazon.it/report/infringement

ES: https://www.amazon.es/report/infringement
JP: https://www.amazon.co.jp/report/infringement

The form does not support scripts or third party browser extensions.

By completing the form at the link above you can ensure the right team handles your case.

We regret we cannot correspond with you further regarding this issue.

Please let us know how we did.

Were you satisfied with the support provided?

Click here for yes:
http://www.amazon.com/gp/help/survey?p=A39ITUZH8WWSK2&k=hy

Click here for no:
http://www.amazon.com/gp/help/survey?p=A39ITUZH8WWSK2&k=hn
[Quoted text hidden]

---

**Tim Whelan** <twhelan40@gmail.com> Tue, Apr 11, 2023 at 3:04 PM
To: The Merch by Amazon Support Team <merch-sellers-contactus@amazon.com>

Sounds like you are recommending the only option available - hire an attorney and file suit. Odd strategy to take when all I'm asking is for the DMCA to be handled correctly.
[Quoted text hidden]

---

**The Merch by Amazon Support Team** <merch-sellers-contactus@amazon.com> Tue, Apr 11, 2023 at 3:14 PM
To: twhelan40@gmail.com

Hello from Amazon Selling Partner Support,

If you have questions of a legal nature, you are welcome to contact our Legal team directly at:

Amazon.com

Legal Dept.

P.O. Box 81226

Seattle, WA 98108-1226

Fax: 206-266-7010

We regret we cannot correspond with you further regarding this issue.

Please let us know how we did.

Were you satisfied with the support provided?

Click here for yes:
http://www.amazon.com/gp/help/survey?p=A330QKTGAWO1PQ&k=hy

Click here for no:
http://www.amazon.com/gp/help/survey?p=A330QKTGAWO1PQ&k=hn
[Quoted text hidden]

Gmail

Tim Whelan <twhelan40@gmail.com>

# DMCA Takedown Notice 4/28/2023

1 message

**Tim Whelan** <twhelan40@gmail.com> Wed, Apr 26, 2023 at 7:16 PM
To: copyright@amazon.com

To whom it may concern,

My name is Tim Whelan and I am writing to notify you of the copyright infringement and unlawful use of my copyrighted material that appear on the service for which you are the designated agent.

The infringing material, of which I am the designated agent, includes the following:

This artwork features a can that looks like a Bald Eagle with a patriotic (American Flag) background. The can even contains the word Merica and even our brand name on it.

The infringing material appears at the following location:

https://www.amazon.com/ameri-can-eagle-mullet-beer-T-Shirt/dp/B0C2YF5YJD/ref=sr_1_1?qid=1682550191&refinements=p_4%3Aameri-can+eagle+shirt&s=apparel&sr=1-1

https://www.amazon.com/ameri-can-eagle-mullet-beer-T-Shirt/dp/B0C2YBY9MQ/ref=sr_1_2?qid=1682550191&refinements=p_4%3Aameri-can+eagle+shirt&s=apparel&sr=1-2

https://www.amazon.com/ameri-can-eagle-mullet-beer-T-Shirt/dp/B0C2Y9L5YB/ref=sr_1_3?qid=1682550191&refinements=p_4%3Aameri-can+eagle+shirt&s=apparel&sr=1-3

https://www.amazon.com/ameri-can-eagle-mullet-beer-T-Shirt/dp/B0C2Y9689B/ref=sr_1_4?qid=1682550191&refinements=p_4%3Aameri-can+eagle+shirt&s=apparel&sr=1-4

https://www.amazon.com/ameri-can-eagle-mullet-beer-T-Shirt/dp/B0C2Y7QV4Q/ref=sr_1_5?qid=1682550191&refinements=p_4%3Aameri-can+eagle+shirt&s=apparel&sr=1-5

https://www.amazon.com/ameri-can-eagle-mullet-beer-T-Shirt/dp/B0C2Y7H583/ref=sr_1_6?qid=1682550191&refinements=p_4%3Aameri-can+eagle+shirt&s=apparel&sr=1-6

https://www.amazon.com/ameri-can-eagle-mullet-beer-T-Shirt/dp/B0C2Y7CM6X/ref=sr_1_7?qid=1682550191&refinements=p_4%3Aameri-can+eagle+shirt&s=apparel&sr=1-7

https://www.amazon.com/ameri-can-eagle-mullet-beer-T-Shirt/dp/B0C2Y6Y2J8/ref=sr_1_8?qid=1682550191&refinements=p_4%3Aameri-can+eagle+shirt&s=apparel&sr=1-8

The original material is available at the following location:

https://officialusadrinkingteam.com/collections/t-shirts/products/ameri-can-eagle-t-shirt

This letter is the official notification under Section 512(c) of the Digital Millennium Copyright Act of 1998 (”DMCA”) and I request the immediate removal of the aforementioned infringing material from your servers.

I also request that you immediately notify the infringer of this notice and inform them to cease any further posting of the infringing material to your server in the future.

I am providing this notice in good faith and with the reasonable belief that the use of the described material in the manner complained is not authorized by myself, my agents, or the law.

I swear, under penalty of perjury, that the information in the notification is accurate and that I am the owner of the copyrighted material involved.

If you have any questions, please contact me directly at twhelan40@gmail.com

Sincerely,

Tim Whelan

8885 Appleknoll Ln

Cincinnati, OH, 45236

United States

5133735810

twhelan40@gmail.com

Gmail

Tim Whelan <twhelan40@gmail.com>

## 2ND ATTEMPT: DMCA Takedown Request

1 message

**Tim Whelan** <twhelan40@gmail.com> Thu, Apr 27, 2023 at 5:51 PM
To: copyright@amazon.com

To whom it may concern,

My name is Tim Whelan and I am writing to notify you of the copyright infringement and unlawful use of my copyrighted material that appear on the service for which you are the designated agent.

The infringing material, of which I am the designated agent, includes the following:

This artwork features a can that looks like a Bald Eagle with a patriotic (American Flag) background. The can even contains the word Merica and even our brand name on it.

The infringing material appears at the following location:

https://www.amazon.com/ameri-can-eagle-mullet-beer-T-Shirt/dp/B0C2YF5YJD/ref=sr_1_1?qid=1682550191&refinements=p_4%3Aameri-can+eagle+shirt&s=apparel&sr=1-1

https://www.amazon.com/ameri-can-eagle-mullet-beer-T-Shirt/dp/B0C2YBY9MQ/ref=sr_1_2?qid=1682550191&refinements=p_4%3Aameri-can+eagle+shirt&s=apparel&sr=1-2

https://www.amazon.com/ameri-can-eagle-mullet-beer-T-Shirt/dp/B0C2Y9L5YB/ref=sr_1_3?qid=1682550191&refinements=p_4%3Aameri-can+eagle+shirt&s=apparel&sr=1-3

https://www.amazon.com/ameri-can-eagle-mullet-beer-T-Shirt/dp/B0C2Y9689B/ref=sr_1_4?qid=1682550191&refinements=p_4%3Aameri-can+eagle+shirt&s=apparel&sr=1-4

https://www.amazon.com/ameri-can-eagle-mullet-beer-T-Shirt/dp/B0C2Y7QV4Q/ref=sr_1_5?qid=1682550191&refinements=p_4%3Aameri-can+eagle+shirt&s=apparel&sr=1-5

https://www.amazon.com/ameri-can-eagle-mullet-beer-T-Shirt/dp/B0C2Y7H583/ref=sr_1_6?qid=1682550191&refinements=p_4%3Aameri-can+eagle+shirt&s=apparel&sr=1-6

https://www.amazon.com/ameri-can-eagle-mullet-beer-T-Shirt/dp/B0C2Y7CM6X/ref=sr_1_7?qid=1682550191&refinements=p_4%3Aameri-can+eagle+shirt&s=apparel&sr=1-7

https://www.amazon.com/ameri-can-eagle-mullet-beer-T-Shirt/dp/B0C2Y6Y2J8/ref=sr_1_8?qid=1682550191&refinements=p_4%3Aameri-can+eagle+shirt&s=apparel&sr=1-8

The original material is available at the following location:

https://officialusadrinkingteam.com/collections/t-shirts/products/ameri-can-eagle-t-shirt

This letter is the official notification under Section 512(c) of the Digital Millennium Copyright Act of 1998 (”DMCA”) and I request the immediate removal of the aforementioned infringing material from your servers.

I also request that you immediately notify the infringer of this notice and inform them to cease any further posting of the infringing material to your server in the future.

I am providing this notice in good faith and with the reasonable belief that the use of the described material in the manner complained is not authorized by myself, my agents, or the law.

I swear, under penalty of perjury, that the information in the notification is accurate and that I am the owner of the copyrighted material involved.

If you have any questions, please contact me directly at twhelan40@gmail.com

Sincerely,

Tim Whelan

8885 Appleknoll Ln

Cincinnati, OH, 45236

United States

5133735810

twhelan40@gmail.com

Gmail

**Tim Whelan <twhelan40@gmail.com>**

---

# We Have Received Your Infringement Complaint about B0C16Y6ZNW

1 message

---

**Amazon** <no-reply-notice-outreach@amazon.com> Thu, Apr 27, 2023 at 5:59 PM
To: twhelan40@gmail.com

Hello,

We received your email. Amazon respects the intellectual property rights of others. After we process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 12620030651

Sincerely,
Amazon.com

Gmail

**Tim Whelan <twhelan40@gmail.com>**

## Your Report of Rights Infringement on Amazon.com

1 message

**Amazon** <no-reply-notice-outreach@amazon.com> Thu, Apr 27, 2023 at 9:05 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We reviewed your notices of infringement and determined that the notices you have submitted to Amazon are invalid or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

Complaint ID: 12620030651

Sincerely,
Amazon Customer and Brand Protection

Gmail

**Tim Whelan <twhelan40@gmail.com>**

---

**We Have Received Your Infringement Complaint about B09257VS1Q**

1 message

---

**Amazon** <no-reply-notice-outreach@amazon.com> Mon, May 29, 2023 at 1:12 PM
To: twhelan40@gmail.com

Hello,

We received your email. Amazon respects the intellectual property rights of others. After we process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 12892295251

Sincerely,
Amazon.com

Gmail

Tim Whelan <twhelan40@gmail.com>

# Your Report of Rights Infringement on Amazon.com

1 message

**Amazon** <no-reply-notice-outreach@amazon.com> Mon, May 29, 2023 at 3:32 PM
To: twhelan40@gmail.com

Hello,

Thank you for your report of infringement. We reviewed your notices of infringement and determined that the notices you have submitted to Amazon are invalid or inaccurate. Reporting false, misleading, or consistently inaccurate notices of infringement violates our policies.

Complaint ID: 12892295251

Sincerely,
Amazon Customer and Brand Protection