UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WEEKEND WARRIOR CLOTHING, LLC, | Case No.: 1:23-CV-00752 |
| *Plaintiff*, | Judge: Douglas R. Cole |
| v. | Magistrate Judge Stephanie K. Bowman |
| AMAZON.COM SERVICES, LLC; AMAZON.COM, INC., | **ORAL ARGUMENT REQUESTED** |
| *Defendants*. | |

## PLAINTIFF WEEKEND WARRIOR CLOTHING, LLC'S PROPOSED UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and this Court's Standing Order, Plaintiff Weekend Warrior Clothing, LLC ("Plaintiff" or "Weekend Warrior") hereby submits this Statement of Proposed Undisputed Facts ("UF") in support of Plaintiff's Motion for Summary Judgment ("MSJ").

In accordance with the Court's Standing Order, evidence that was not marked confidential or attorneys' eyes only was filed publicly in Plaintiff's Notice of Filing Exhibits to Motion for Summary Judgment ("NOF") and supporting evidence (ECF Nos. 54, 57–59). In addition to the non-confidential evidence filed with Plaintiff's NOF, Plaintiff also cites in its MSJ and UF to certain evidence that was marked confidential or attorneys' eyes only by Defendants in the course of discovery, and which was submitted to the Court by defense counsel in connection with the Joint Motion to File Documents Under Seal (ECF No. 53).[1] The evidence Defendants request to

---

[1] WW agreed not to oppose Amazon's effort to file this evidence under seal for the purpose of summary judgment only. WW does not concede that any of the evidence should be withheld from the public docket for the entirety of the litigation. WW expressly agreed to reserve the right to seek to de-designate some or all of the evidence sought to be sealed for the purposes of summary (footnote continued)

file under seal was provided to the Court for *in camera* review via electronic link in an email sent to the Court from defense counsel, Ryan Frei, on Wednesday, October 15, 2025, with the subject line, "Weekend Warrior Clothing v. Amazon, Case No. 1:23-cv-00752 – Joint Motion to File Under Seal." Mr. Frei provided a password to that electronic link in a separate email shortly thereafter.

Because the evidence sought to be sealed, while provided to the Court, was not technically "filed," the evidence does not have a file stamp or corresponding PageID numbers. Additionally, counsel and support staff for Plaintiff spoke with the Courtroom Deputy to inquire whether, if the motion to file under seal was granted, the evidence would receive a file stamp and PageID numbers in any event, as in many federal district courts, sealed evidence is not marked even once it is filed. The Courtroom Deputy was unaware whether the sealed evidence would receive a file stamp and PageID numbers upon resolution of the motion to seal.

Pending resolution of the motion to seal, counsel for Amazon and WW spoke with the Courtroom Deputy, who expressed that it was unlikely that the Court would rule on the motion to seal prior to the deadline for submission of summary judgment briefs. Without knowing whether or to what extent the Court would grant the motion to seal, WW suggested a manner of submitting the evidence on summary judgment that would provide the Court with clear citations to evidence submitted to the Court via public filing and confidential electronic link. Amazon seemed amenable to WW's proposal. It follows:

Regarding the evidence sought to be filed under seal in ECF No. 53, Plaintiff will cite to that evidence as it is described on pages 10–16 (PageID 2106–2112) of the Joint Motion to File

---

judgment so that it may be filed publicly at a later date. WW furthermore expressly reserved the right to seek to permit the evidence to be discussed in open court during trial, as currently, under the terms of the Stipulated Protective Order, Amazon's designations prevent open discussion.

Under Seal. For example, Plaintiff will cite the "Expert Report of David Hanson, dated July 17, 2025," as "ECF No. 53 Ex. A.1 (Hanson Report)." As another example, Plaintiff will cite "Detailed internal documentation of Amazon's proprietary image detection systems (AMZ-WWC_00030216)" as "ECF No. 53 Ex. B.16 (AMZ-WWC_30216)."

Should the Court grant the motion to file under seal in whole or in part, Plaintiff requests a telephone conference to discuss the Court's preferences for filing the evidence at issue, consistent with the Court's standing order stating that "if the motion for leave to file a document under seal is granted, the party should verify with the Court the filing procedure to be used."

Additionally, because Plaintiff's MSJ and UF reference numerous facts that reference information that has been designated as confidential or attorneys' eyes only by Amazon, Weekend Warrior will highlight in blue portions of both documents that will be redacted on the publicly-filed versions of the MSJ and UF.

After the completion of filing its MSJ and UF, Plaintiff will also email the Court a courtesy electronic link that contains unredacted versions of every document which its MSJ or UF cites. This courtesy electronic link will also contain complete copies of every deposition transcript and piece of evidence to which Plaintiff cites, even if that deposition transcript or piece of evidence was already provided to the Court in connection with the motion to seal. The copies of the transcripts Plaintiff will provide via electronic link will highlight the excerpts of testimony Plaintiff cites in its MSJ or UF. The copies of the transcripts Plaintiff will provide in its electronic link will not include the highlights of confidential or sensitive information provided by Amazon's counsel in its electronic link of October 15, 2025. Only deposition transcripts and other evidence containing zero allegedly sensitive or confidential information will be filed on the public docket pending resolution of the motion to file under seal.

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| 1. ███████████████████ ███████████████████ ████████████. ECF No. 53 Ex. A.7 (Kraft Depo) (subsequently "Kraft Depo") at 16:16–24, 45:9–18, 48:4–17, 140:24–141:23; ECF No. 57-16 (Laiolo Declaration Ex. A-15 (TK 31)) at PageID 6024. | |
| 2. Regarding Merch content creator applications, Amazon intakes ████████████ ███████████████████ ██████████. Kraft Depo at 51:17–24, 52:10–53:5. | |
| 3. ███████████████████ ███████████████████ ████████. Kraft Depo at 48:4–17, 54:17–56:5. | |
| 4. ███████████████ ███████████████████ █████████████ █████████ | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| ██████████████████ ████████████. Kraft Depo at 56:6–57:11. | |
| 5. ██████████████████ █████████████ ████████████████ ██████████████████ ████████. Kraft Depo at 59:24–63:17, 64:4–10. | |
| 6. █████████████████ ███████████████████ Kraft Depo at 140:24–141:23; ECF No. 57-16 (Laiolo Declaration Ex. A-15 (TK 31)) at 6024; Kraft Depo at 141:24–142:16; ECF No. 57-17 (Laiolo Declaration Ex. A-16 (TK 32)) at PageID 6035. | |
| 7. ████████████████ ███████████████████ ████████. Kraft Depo at 68:25–69:24. | |
| 8. ████████████████ ███████████████████ ████████. Kraft Depo at 69:6–15. | |
| 9. ████████████████ ███████████████████ | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| ██████████████████████████. Kraft Depo at 69:16–71:1. | |
| 10. ████████████████████ <br><br> ████████████████████ <br><br> ███████████████████ <br><br> ███████████████████ <br><br> Kraft Depo at 72:17–24, 73:15–22. | |
| 11. ███████████████████ <br><br> ██████████████████████ <br><br> ████████████████Kraft Depo at 74:5–75:6. | |
| 12. ████████████████████ <br><br> █████████████████ <br><br> ██████████████████████ <br><br> ████. Kraft Depo at 121:13–122:6. | |
| 13. ███████████████████ <br><br> ███████████████████ <br><br> ██████████████. Kraft Depo at 147:13–148:16. | |
| 14. ████████████████████ <br><br> ███████████████████ | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| ██████████████████ ████████████████ ████. Kraft Depo at 76:6–21, 79:21–80:3, 142:25–143:17, 144:4–9; ECF No. 57-18 (Laiolo Decl. Ex. A-17) (PageID 6040). | |
| 15. ████████████████ ███████████████. Kraft Depo at 124:2–127:3; ECF No. 57-15 (Laiolo Decl. Ex. A-14) (PageID 6005). | |
| 16. ████████████████ █████████████████ ███. Kraft Depo at 124:2–125:23; ECF No. 57-15 (Laiolo Decl. Ex. A-14) (PageID 6005). | |
| 17. ████████████████ ██████████ Kraft Depo at 127:12–15, 128:12–129:8, 130:11–131:20; ECF No. 53 B.26b (Kraft 28) at AMZ-WWC 42377 | |
| 18. ████████████████ ██████████████ ████. Kraft Depo at 145:20–146:1. | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| 19. ██████████████████████ ██████████████ ████████. Kraft Depo at 125:24–127:3, 135:3–136:25; ECF No. 53 B.27 (Kraft 29). | |
| 20. ██████████████████ ████████████████████ ████████████████. Kraft Depo at 107:13–109:9. | |
| 21. ██████████████████ ████████████████████ ████████████. Kraft Depo at 109:10–21. | |
| 22. ████████████████████. Kraft Depo at 109:22–25. | |
| 23. ████████████████ ██████████████████ ████████████. Kraft Depo at 111:1–7. | |
| 24. Amazon is the seller of record for all Merch transactions, ██████████████ ████████████. Kraft Depo at 110:1–3, 110:10–25; 141:24–142:16; ECF No. 57-17 | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| (Laiolo Decl. Ex. A-16) at 6037; ECF No. 53 Ex. A.13 (LaMagna Report) ¶ 21. | |
| 25. ██████████████████████ ████████████. ECF No. 53 A.11 (Boehm Depo) at 14:22–16:15. | |
| 26. Brothers Tim and Daniel Whelan founded WW in 2018. ECF No. 57-1 (Tim Whelan Depo) (subsequently "Tim Depo") at PageID 3568:2–21; ECF No. 57-2 (Laiolo Decl. Ex. A-2) (PageID 3856). | |
| 27. Around 2018, WW was selling apparel through its website, officialusadrinkingteam.com. Tim Depo at 3568:22–3569:1, 3570:10–22; ECF No. 64 (Tim Whelan Decl. ISO MSJ) (subsequently "Tim Decl.") (PageID 6721) ¶ 2. | |
| 28. WW sells products under the brand name USA Drinking Team ("USADT"), having used the officialusadrinkingteam.com website as its primary platform since at least 2018. ECF No. 64 Tim Decl. (PageID 6721) ¶ 2. | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| 29. WW also markets its designs through customer email as well as Facebook and Instagram profiles for USADT. Tim Decl. (PageID 6721) ¶¶ 3–5. | |
| 30. USADT's Facebook profile currently has 424,000 followers, and its Instagram has 407,000 followers. Tim Decl. (PageID 6721) ¶¶ 4–5. | |
| 31. Around 2001, USADT had a similar number of Instagram followers. Tim Decl. (PageID 6721) ¶ 5. | |
| 32. Dan Whelan created all the Weekend Warrior Designs at issue in this case ("WW Designs") with a combination of hand-drawing and software using a tablet, stylus, and Adobe Illustrator, which he taught himself to use. ECF No. 59 (Declaration of Dan Whelan ISO MSJ) (subsequently "Dan Decl.") (PageID 6176) ¶¶ 2–3 & ECF No. 59-1 (subsequently "Ex. C-1") (PageID 6182). | |
| 33. A fan of art from a young age, Dan draws inspiration for the WW Designs from various ideas, memes, movies, games, products, | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| characters, themes, and events. Dan Decl. (PageID 6176) ¶ 3 & Ex. C-1. | |
| 34. He channels that inspiration to create USADT's distinct designs centered around holidays, American drinking culture, and patriotism, using outlandish and crude humor. Dan Decl. (PageID 6176) ¶ 3 & Ex. C-1. | |
| 35. Tim Whelan completed copyright registration applications for each of the WW Designs on Dan's behalf, listing Dan as the author and claimant. Tim Decl. (PageID 6721) ¶ 8; ECF No. 17 at PageID 139–243; ECF No. 64-3 at PageID 6739 & ECF No. 64-4 at PageID 6742. | |
| 36. Dan Whelan transferred to WW all right, title, and interest in the WW Designs copyrights, as well as all causes of action based on any infringement thereof. Dan Decl. (PageID 6176 ¶ 5 & ECF No. 59-2 at PageID 6255. | |
| 37. WW owns the copyrights in the WW Designs. Dan Decl. (PageID 6176) ¶ 5 & Ex. C-2 (PageID 6255). | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| 38. WW has never licensed any of its designs to any third party because WW wants to be the exclusive seller and control the marketing of the WW Designs. Tim Decl. (PageID 6721) ¶ 16. | |
| 39. Between May of 2021 and when WW sued Amazon on November 13, 2023, Tim Whelan submitted numerous notices of claimed infringement to Amazon. Laiolo Decl. (PageID 3529) ¶ 32; ECF No. 53 Ex. A.6 (Bundy Depo) (subsequently "Bundy Depo") at 130:7–131:2; ECF No. 53 Ex. 24a (Bundy 12)[2]; ECF No. 53 A.12 (LaMagna Depo) (subsequently "LaMagna Depo") at 78:3–79:14, 80:2–22; ECF No. 53 Ex. 24b (subsequently "LaMagna Ex. 53")) at Rows 86–132 (counting discrete CaseIDs from Column I). | |

---

[2] ECF No. 53 Ex. 24b (LaMagna Ex. 53) and ECF No. 53 Ex. 24a (Bundy 12) are the same document (introduced as Bundy Exhibit 12 during the deposition of Chad Bundy and LaMagna Exhibit 53 during the deposition of Richard LaMagna). This document will be cited subsequently as "LaMagna Ex. 53." Plaintiff recommends the Court refer to the LaMagna Ex. 53 version rather than the Bundy Ex. 12 version because it has been sorted conveniently. If the sorting is removed when the Court opens the file, Plaintiff recommends the Court sort the spreadsheet so the earliest "created date" (Column O) appears at the bottom, and the most recent created date appears at the top,

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| 40. ███████████████████ ██████████████████ ███████████████ ███. Bundy Depo at 130:7–131:2; LaMagna Depo at 78:3–79:14, 80:2–22; LaMagna Ex. 53 at Rows 86–132 (Column P); Kraft Depo at 133:24–134:25. | |
| 41. On May 5, 2021, at 2:41 PM, Tim lodged a complaint with Amazon for intellectual property infringement concerning an ASIN featuring artwork that was being sold on the USA Drinking Team website featuring a Statute of Liberty with a beer-holder sewn into the torch. Tim Whelan notified Amazon of claimed infringement by emailing Amazon's copyright agent at copyright@amazon.com, a method of reporting infringement Amazon explicitly permits. Tim Decl. (PageID 6721) ¶¶ 18 & Ex. B-7; Bundy Depo at 130:7–131:2; LaMagna Depo at 78:3–79:14, 80:2–22; LaMagna Ex. 53 | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| at CaseID ending in 8611 (Row 136); Bundy Depo at 28:25–29:12, 30:2–32:21. | |
| 42. In his email, Tim identified himself as the owner of officialusadrinkingteam.com, notified Amazon of multiple companies stealing design photos and selling on Amazon, noted that the copycats on Amazon confused USADT customers, and requested immediate removal. Tim provided a link to the Libeerty jersey on USADT's website, calling it "our website," and identified the "companies posing as us" with links to five Amazon webpages that offered the same jersey without permission, and an email signature that read "Thanks, Official USA Support Team." Tim Decl. (PageID 6721) ¶ 18 & Ex. B-7 (PageID 6761); LaMagna Ex. 53 at "contact_description" for CaseID ending in 8611. | |
| 43. One minute after notifying Amazon from the USADT support email address, Tim received a reply confirming Amazon's receipt of the email | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| at 2:42 PM. Tim Decl. (PageID 6721) ¶ 19 & Ex. B-8 (PageID 6763). | |
| 44. Twelve minutes later, at 2:54 PM, Tim received another reply from Amazon stating that Amazon had determined Tim's report was "incomplete," and that Amazon could not take action. Tim Decl. (PageID 6721) ¶ 20 & Ex. B-9 (PageID 6765). Amazon's email asked for resubmission of the request with additional information: (i) name and email address of the person submitting the notice and any additional contact details; (ii) rights owner name if the notice is submitted by an agent of the rights owner; (iii) physical or electronic signature; (iv) description of the copyrighted work claimed to be infringed; (v) "your address, telephone number, and email address;" (vi) statement by the submitter that the use of the material was not authorized and that, under penalty of perjury, the information in the notice was accurate and authorized. *Id.* | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| 45. Tim heeded Amazon's request 22 minutes later at 3:16 PM, messaging copyright@amazon.com. Tim Decl. (PageID 6721) ¶ 20 & Ex. B-10 (PageID 6768); LaMagna Depo at 112:5–113:5; LaMagna Ex. 54. | |
| 46. He used as the email subject "Copyright Claim." *Id.* He also provided (i) his name, along with the support@officialusadrinkingteam.com email address, (ii) his brother's name; (iii) a link to the Libeerty jersey on USADT's website, with a description of the work ("this is our specific jersey design. In addition, they are using our mock-ups and photos from photo shoots we have done . . . "); (iv) his home address, phone number, and the support@officialusadrinkingteam.com email address; (v) the affirmations Amazon requested; and (vi) an electronic signature. *Id.* | |
| 47. About an hour later, at 4:15 PM, Tim received another email from Amazon with the same vague rejection text as before: "Thank you for your | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| report of infringement. We reviewed your report of infringement and determined that it is incomplete. We cannot take action on or complete any of your requests. Please resubmit your report with all the required information listed below." *Id.*; Tim Decl. (PageID 6721) ¶ 21 & Ex. B-11 (PageID 6771). | |
| 48. The "requested information below" started with "${DELETE IF THE REPORTER HAS ALREADY PROVIDED THIS INFORMATION OR IF NOT RELEVANT}", and asked Tim to identify the intellectual property right asserted. "Copyright Claim." Tim Decl. Ex. B-11 (PageID 6771). | |
| 49. By five days later, May 10, 2021, WW had found two more copies of the Libeerty jersey on Amazon. Tim Decl. (PageID 6721) ¶ 22 LaMagna Depo at 78:3–79:14, 80:2–22; LaMagna Exhibit 53 at Rows 131–34 (CaseIDs ending in 6391 and 2131). | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| 50. Given Amazon's refusal to remove the infringements in response to the email notices from support@officialusadrinkingteam.com, Tim Whelan decided to try one of Amazon's other permitted methods of reporting infringement—the public notice form. Tim Decl. (PageID 6721) ¶¶ 22–23. Bundy Depo at 32:5–21. | |
| 51. To submit a claim of infringement through Amazon's form, Tim had to create an Amazon account. Tim Decl. (PageID 6721) ¶ 22–23; Bundy Depo at 75:6–76:22; Laiolo Decl. Ex. A-11 & Ex. A-12. | |
| 52. When he created his Amazon account, he used his email address, twhelan40@gmail.com. Tim Decl. (PageID 6721) ¶ 22. | |
| 53. After creating his Amazon account, on May 10, 2021, Tim submitted a notice of claimed infringement through Amazon's public notice form for the two new copies of the Libeerty jersey. Tim Decl. (PageID 6721) ¶ 23 & Ex. B- | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| 12 (PageID 6773); LaMagna Ex. 53 at Rows 133–134 (CaseIDs ending in 6391 and 2131). | |
| 54. Amazon rejected Tim's notice, asking him to re-submit with additional verifying information, including a verification code and answers to specific questions. Tim Decl. (PageID 6721) ¶ 24 & Ex. B-13 (PageID 6775). | |
| 55. Twelve minutes after Amazon asked him to verify his submission, Tim re-submitted the notice of claimed infringement through the public notice form, providing the verification code and additional information requested by Amazon. Tim Decl. (PageID 6721)¶ 24. LaMagna Ex. 53 at Rows 131–132 (Case ID ending in 2131). | |
| 56. ███████████████████████ ███████████. Bundy Depo at 48:12–19. | |
| 57. Amazon rejected Tim's notice for the reason, "INFRINGEMENT-REJECTINCOMPLETENOTICE." LaMagna | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| Ex. 53 at Rows 131–132 (Case ID ending in 2131). | |
| 58. ███████████ ████████ █████ ███████████ █████████ █████████ ██████████ ████████ ████████ ██████ █████████ █████████ ████████ ████████ █████████ ████████ ███ Bundy Depo at 58:15–59:8 | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| 59. ███████████████████ ███████████████ ██████. Bundy Depo at 81:21–82:11. | |
| 60. On March 14, 2022, Tim submitted a notice of claimed infringement through Amazon's notice form using his twhelan40@gmail.com Amazon account. ECF No. 33 at PageID 1447 (ASIN B09V38KR4B); LaMagna Ex. 53 at Row 127 (CaseID ending in 6081). | |
| 61. In his notice, he included a link to WW's Bad Day to be a Beer design on the USADT website, provided the accused ASIN, and the requisite representations under penalty of perjury to comply with the DMCA. Tim Decl. (PageID 6721) ¶¶ 24–25; Bundy Depo at 75:24–82:11, 86:11–87:8; Laiolo Decl. Ex. A-12 (PageID 5994); LaMagna Depo at 37:17–53:6, 57:16–59:1. | |
| 62. ██████████████. LaMagna Ex. 53 at Row 127 (CaseID ending in 6081). | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| 63. From this point on, before ultimately filing suit in November 2023, WW submitted numerous additional notices through Amazon's notice form and through email. LaMagna Ex. 53 at Rows 86–126; Tim Decl. (PageID 6721) ¶ 26 & Ex. B-14 (PageID 6777). | |
| 64. For each notice he submitted through the public notice form, he entered the requested information into all required fields. Tim Decl. (PageID 6721) ¶ 25; Bundy Depo at 75:24–82:11, 86:11–87:8; Laiolo Decl. Ex. A-12 (PageID 5994); LaMagna at 37:17–53:6, 57:16–59:1. | |
| 65. ██████████████████████ ██████████████████████ ██████████████████████ ██████████████ ██████████████████████ ██████ LaMagna Ex. 53 at Row 111 (CaseID ending in 1071). The link still works to this day, and is also featured on USADT's Instagram and | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| Facebook profiles. Tim Decl. (PageID 6721) ¶ 27. | |
| 66. Amazon rejected each notice WW submitted prior to suing Amazon. LaMagna Ex. 53 at Rows 86–136; Tim Decl. (PageID 6721) ¶¶ 26, 28 & Ex. B-14 (PageID 6777). | |
| 67. ██████████████ ██████████ ██████████████ Bundy Depo at 153:15–156:10; ECF No. 53 Ex. 35a and Ex. 35b (subsequently "LaMagna Ex. 55").[3] LaMagna Depo at 120:8–121:3; LaMagna Ex. 55. | |
| 68. ████████████████ ██████████ ██████████ ██████ Bundy Depo at 157:11–158:14; LaMagna Ex. 55. ████████████ ██████████ | |

---

[3] ECF No. 53 Ex. 35a and Ex. 35b were combined into one document, which is ECF No. 53 Ex. 35c (LaMagna 55), and introduced as Exhibit 55 during the LaMagna deposition. Plaintiff will subsequently cite exclusively to LaMagna Ex. 55.

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| ██████████████████████. Bundy Depo at 147:16–23. | |
| 69. ██████████████████████ ████████████████. Bundy Depo at 141:25–142:6. | |
| 70. ██████████████ ██████████████████████ ████████████ LaMagna Ex. 53 at Row 118 (CaseID ending in 1971, Column W (Reason) ██████████████ ████████████████). | |
| 71. ██████████████████████ ████████████████. Bundy Depo at 157:11–158:14. | |
| 72. ██████████████████████ ████████████████ ██████████████ ██████████████ ████████. Bundy Depo at 158:16–160:18. | |
| 73. ██████████████████████ ████████████████ | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| ██████. Bundy Depo at 166:4–12, 172:1–5, 176:9–177:20; LaMagna Ex. 55. | |
| 74. ████████████████ ████████████ ██████████████ ████████████ ███████████ ████████████. Bundy Depo at 170:10–18, 175:6–177:13, 209:15-210:10. | |
| 75. ██████████████ ██████████ ██████████████. Bundy Depo at 166:7–167:4. | |
| 76. ████████████ █████████ ████████████ ██████ ███████████. LaMagna Ex. 53 at Rows 131–132. | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| 77. ███████████ ████████████ ███████████ ████████████ ████████████ ████████████. Bundy Depo at 178:1–180:8 | |
| 78. ████████████ ████████████ ████████████ ████████████ ███████████ ████████████. *Id.*; Bundy Depo at 75:6–76:22; Laiolo Decl. Ex. A-11 (PageID 5992) & Ex. A-12 (PageID 5994). | |
| 79. ████████████ ████████████ ████████████ ████████████ ███████████. Bundy Depo at 181:9–22. | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| 80. ██████████████████████████ ███████████████████ ███████████████████ ██████████████████ ██████████████████████ ████████████████████. Bundy Depo at 182:7–184:15. | |
| 81. ███████████████ ████████████████████ ██████████████████ ███████████. Bundy Depo at 183:9– 184:2. | |
| 82. Tim Whelan does not recall ever using a VPN, including to log into Amazon to submit notices of claimed infringement. Tim Decl. (PageID 6721)¶ 29. | |
| 83. Tim Whelan has never been to the United Arab Emirates. Tim Decl. ¶ 30. | |
| 84. ██████████████████████ ██████████████████ ██████████████████ | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| ██████████████████ ██████████████████ ████████████. Bundy Depo at 53:19–54:16, 181:24–182:6. | |
| 85. ████████████ ██████████████ ██████████████ ████████████ ████████. Bundy Depo at 35:11–36:1, 54:5–55:9, 82:12–83:23. | |
| 86. █████████████ ██████████████ ███████████ ███████████ ████████████ ████████████. LaMagna Depo at 174:17–175:19; LaMagna Ex. 55 at Row 135 (CaseID ending in 7881); Tim Decl. (PageID 6721) ¶ 31. | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| 87. ███████████████████ ███████████ ██████████████ ████████ ████████ ████████ Amazon's public-facing phone number to its legal department simply refers callers to different Amazon webpages for "more information." Bundy Depo at 17:11–15, 66:4–7, 67:7–71:8, 71:22–74:1. | |
| 88. Amazon never called Tim Whelan to discuss over the phone the substance of any of his pre-lawsuit notices of claimed infringement. Tim Decl.; LaMagna 55 at Row 135 (CaseID ending in 7881); Tim Decl. (PageID 6721) ¶ 31. | |
| 89. A Google search of "Tim Whelan Cincinnati" includes a result for Tim Whelan's LinkedIn profile, which identifies Tim as the co-owner of an Ecommerce business and graduate of Xavier | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| University. Tim Decl. (PageID 6721) ¶ 32 & Ex. B-15 (PageID 6822). | |
| 90. Tim's LinkedIn has identified him as an Ecommerce owner since he first created the profile around 2015 or 2016. Tim Decl. (PageID 6721) ¶ 33 & Ex. B-16 (PageID 6826). | |
| 91. A Google search of "Tim Whelan Cincinnati" also returns results relating to Tim Whelan's time playing basketball at Xavier. Tim Decl. (PageID 6821) ¶ 32 & Ex. B-15 (PageID 6822). | |
| 92. A Google Search of "Tim Whelan Cincinnati" also returns a result for an "Ohio Residents Database," and the information in the thumbnail (viewable without clicking on the link) shows the same home address that Tim had provided to Amazon in notices of claimed infringement. Tim Decl. (PageID 6821) ¶ 20 & Ex. B-9 (PageID 6765) & B-10 (PageID 6768); LaMagna Ex. 53 at Rows 131–132 and *generally*. | |
| 93. ██████████████████████ ████████████████ | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| ███████████████████████████ Bundy Depo at 45:6–21. | |
| 94. ███████████████████████ ████████████████████. Bundy Depo at 140:13–23, 142:16–22, 187:11–23. | |
| 95. ████████████████████████ ████████████████████ ██████████. Bundy Depo at 142:23–144:1. | |
| 96. ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ██████████████████ █████████████████ ████████████████████ █████████████████████ █████████████Bundy Depo at 143:9–144:1. | |
| 97. ████████████████████ ████████████████████ | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| ██████████████<br><br>████████████████<br><br>██████. Bundy Depo at 142:23–143:8, 157:3–10. | |
| 98. █████████████<br><br>██████████████<br><br>████████████<br><br>██████████████<br><br>█████████████<br><br>██████. Bundy Depo at 130:7–131:2, 147:4–148:6, 188:23–190:15; LaMagna Depo at 78:3–79:14, 80:2–22; LaMagna Ex. 53 at Rows 86–118; Kraft Depo at 133:24–134:25. | |
| 99. Amazon never informed Tim Whelan it had ████████████. Bundy Depo at 156:13–157:2; Tim Decl. (PageID 6721) ¶ 31. | |
| 100. ████████████<br><br>█████████. Bundy Depo at 204:16–25. | |
| 101. ██████████<br><br>████████████ | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| ██████████████████ ████████████████ ██████████████████ ███████████████ ██████████████████ ███████████████ LaMagna Ex. 55. | |
| 102. ████████████ ██████████████ ████████████████ ██████████████████ ███████████████ ██████████████████ ██████████████. Bundy Depo at 201:20–203:25. | |
| 103. ████████████ ███████████████ ██ Bundy at 204:16–25; LaMagna Ex. 55. | |
| 104. ████████████████ ███████████████ ███████████████ | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| ███████████████████ Bundy Depo at 205:1–22. | |
| 105. ████████████████ ████████████████ ████████████████ █████████. Laiolo Decl. (PageID 3529) ¶ 31. | |
| 106. ████████████ ████████████████ Laiolo Decl. Ex. A-19 (2025-06-11 Accused ASIN Sales) (Sort by Order Day from earliest to latest and count discrete OrderIDs). | |
| 107. ████████████ ████████████████ ████████████████ ████████████████ ████ ECF No. 53 Ex. B.34 (AMZ 042378) at OrderIDs ████████████████ ████. | |
| 108. ████████████████ ████████████████ | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| ██████. Laiolo Decl. A-19 (2025-06-11 Accused ASIN Sales) (Order IDs ████████ ████████████████████ ████████████████████ ██████). | |
| 109. ████████████████ ████████████████████████ ██████████. *Id.* (Order IDs ████ ████████████████ ██████). | |
| 110. ████████████████ ████████████████████████ ████████████████ *Id.* (Order IDs ████████████████████. | |
| 111.       As recently as October of this year, Dan Whelan found products bearing exact copies of the WW Designs on Amazon. Dan Decl. (PageID 6176) ¶¶ 7–8; Dan Decl. Ex. C-4 (PageID 6271) & C-5 (PageID 6291). | |

| MOVING PARTY'S PROPOSED UNDISPUTED MATERIAL FACTS AND SUPPORTING EVIDENCE | OPPOSING PARTY'S RESPONSE TO PROPOSED UNDISPUTED FACTS |
|---|---|
| 112. Merch content moderator Morgan Snyder testified that, ███████████████ ███████████████████ ███████████████████ ███████████. ECF No. 53 A.8 (Snyder Depo) at 79:17–80:1. | |
| 113. Amazon's retained witness, Caroline de Baere, agreed that there was at least one accused ASIN that looked "similar" to each respective WW Design she was shown. Ms. de Baere also claimed certain "differences" between accused ASINs and their respective WW Designs. Laiolo Decl. (PageID 3529) ¶¶ 18–19 (referring to Laiolo Decl. Exs. A-3–A-10 (PageID 3861–5972) at various pages). | |

Dated: October 24, 2025                    Respectfully submitted,


                                           s/ George B. A. Laiolo
                                           George B. A. Laiolo, *pro hac vice*
                                           California Bar No. 329850
                                           Keith J. Wesley, *pro hac vice*
                                           California Bar No. 229276
                                           Matthew Venezia, *pro hac vice*
                                           California Bar No. 313812
                                           Elizabeth Carpenter, *pro hac vice*
                                           California Bar No. 315674
                                           Amanda Mannshahia, *pro hac vice*
                                           California Bar No. 340619
                                           Ellis George LLP
                                           2121 Avenue of the Stars, 30th Floor
                                           Los Angeles, California 90067
                                           Telephone: (310) 274-7100
                                           Email: glaiolo@ellisgeorge.com
                                           Email: kwesley@ellisgeorge.com
                                           Email: mvenezia@ellisgeorge.com
                                           Email: ecarpenter@ellisgeorge.com
                                           Email: amannshahia@ellisgeorge.com

                                           Gary F. Franke, Trial Attorney
                                           Ohio Bar No. 0029793
                                           GARY F. FRANKE CO., LPA
                                           201 E. Fifth Street, Suite 910
                                           Cincinnati, Ohio 45202
                                           Telephone: (513) 564-9222
                                           Email: gff@garyfrankelaw.com

                                           *Attorneys for Plaintiff Weekend Warrior Clothing,*
                                           *LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, a true and correct copy of the foregoing

**PLAINTIFF WEEKEND WARRIOR CLOTHING, LLC'S PROPOSED UNDISPUTED**

**FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** was served via the

United States District Court CM/ECF system on all parties or persons requiring notice as follows:

Gregory F. Ahrens                                    Attorneys for Defendants
Wood Herron & Evans LLP                              AMAZON.COM SERVICES, LLC; and
600 Vine Street, Suite 2800                          AMAZON.COM INC.
Cincinnati, OH 45202
Telephone:  (513) 241-2324
Email: gahrens@whe-law.com
Email: tyoung@whe-law.com (paralegal)

Todd M. Siegel
Ziyu Ma
Ryan L. Frei
Klaus H. Hamm
Klarquist Sparkman, LLP
121 SW Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone:  (503) 595-5300
Facsimile:   (503) 595-5301
Email: todd.siegel@klarquist.com
Email: ziyu.ma@klarquist.com
Email: ryan.frei@klarquist.com
Email: klaus.hamm@klarquist.com
Email: amy.kendig@klarquist.com

Moez M. Kaba
Jessica N. Trafimow
Hueston Hennigan LLP
1 Little West 12th Street, 2nd Floor
New York, NY 10014
Telephone: (646) 930-0415 (Kaba)
Telephone: (212) 715-1123 (Trafimow)
Email: mkaba@hueston.com
Email: jtrafimow@hueston.com

Christine Woodin
Hueston Hennigan LLP
523 West 6th Street, Suite 400

Los Angeles, CA 90014
Telephone: (213) 788-4099
Facsimile: (888) 866-4825
Email: cwoodin@hueston.com

Sourabh Mishra
Hueston Hennigan LLP
620 Newport Beach, CA 92660
Telephone: (949) 356-5536
Facsimile: (888) 866-4825
Email: smishra@hueston.com

*s/George B. A. Laiolo*
George B. A. Laiolo

3062105