UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WEEKEND WARRIOR CLOTHING, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>AMAZON.COM SERVICES, LLC;<br>AMAZON.COM, INC.,<br><br>*Defendants*. | Case No.: 1:23-CV-00752<br><br>Judge:  Douglas R. Cole<br>Magistrate Judge Stephanie K. Bowman |

**PLAINTIFF WEEKEND WARRIOR CLOTHING, LLC'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO AMAZON'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Weekend Warrior Clothing, LLC respectfully submits this motion to seal the document listed in Exhibit A of its motion to seal in support of its opposition to Amazon's motion for summary judgment. S.D. Ohio LR 5.2.1 requires an application to the Court for permission to file documents under seal.

When meeting and conferring about this motion to seal, WW identified evidence that Amazon designated as either confidential or attorneys' eyes only under the parties' Stipulated Protective Order. Specifically, WW seeks to file AMZ-WWC_00043303 (Creator Terminations) under seal in its entirety, after informing Amazon that it may rely on such material in support of its opposition to Amazon's MSJ. A copy of Creator Terminations will be provided to the Court via electronic link but will not be filed on the public docket pending the Court's ruling on WW's motion to seal. Additionally, WW will provide to the Court unredacted versions of its opposition to Amazon's MSJ and Response to Amazon's Statement of Proposed Undisputed Facts, and will file redacted versions of those documents.

In the process of conferring, Amazon requested that WW's counsel include the below

justification for sealing:

Amazon requests that the document identified at Bates No. AMZ-WWC_00043303 be filed under seal in its entirety because it is a detailed report of content creator information that contains proprietary, non-public operations information, including database structure and features, as well as detailed internal moderation notes, user-level, and account risk-classification data. The spreadsheet format is not conducive to targeted redactions, and the operations information is too pervasive throughout the document to allow for narrower means of protecting this sensitive information. The Court previously ordered that same type of report of content creator information be sealed in Doc. 71. Should the Court find that additional explanation or support is needed, Amazon is prepared to provide it.

Weekend Warrior agreed not to oppose Amazon's request to file this evidence under seal for the purpose of summary judgment only. Weekend Warrior does not concede that any of the evidence should be withheld from the public docket for the entirety of the litigation. The parties expressly agreed to reserve the right to seek to de-designate some or all of the evidence sought to be sealed for the purposes of summary judgment so that it may be filed publicly at a later date. The parties furthermore expressly reserved the right to seek to permit the evidence to be discussed in open court during trial.

Amazon also requested that if WW refer to this motion to seal as "unopposed," Amazon be able to see a draft of this brief before filing. WW therefore does not refer to this motion as "unopposed."

Dated: November 21, 2025

      *s/ George B. A. Laiolo*
George B. A. Laiolo, *Pro Hac Vice*
California Bar No. 329850
Keith J. Wesley, *Pro Hac Vice*
California Bar No. 229276
Matthew Venezia, *Pro Hac Vice*
California Bar No. 313812
Elizabeth Carpenter, *Pro Hac Vice*
California Bar No. 315674
Amanda Mannshahia, *Pro Hac Vice*
California Bar No. 340619
Ellis George LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Email: glaiolo@ellisgeorge.com
Email: kwesley@ellisgeorge.com
Email: mvenezia@ellisgeorge.com
Email: ecarpenter@ellisgeorge.com
Email: amannshahia@ellisgeorge.com

Gary F. Franke, Trial Attorney
Ohio Bar No. 0029793
Gary F. Franke Co., LPA
201 E. Fifth Street, Suite 910
Cincinnati, Ohio 45202
Telephone: (513) 564-9222
Email: gff@garyfrankelaw.com

*Attorneys for Plaintiff*
*Weekend Warrior Clothing, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, a true and correct copy of the foregoing **PLAINTIFF WEEKEND WARRIOR CLOTHING, LLC'S MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO AMAZON'S MOTION FOR SUMMARY JUDGMENT** was served via the United States District Court CM/ECF system on all parties or persons requiring notice as follows:

| | |
|---|---|
| Gregory F. Ahrens<br>Wood Herron & Evans LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>Telephone: (513) 241-2324<br>Email: gahrens@whe-law.com<br>Email: tyoung@whe-law.com (paralegal)<br><br>Todd M. Siegel<br>Ziyu Ma<br>Ryan L. Frei<br>Klaus H. Hamm<br>Klarquist Sparkman, LLP<br>121 SW Salmon Street, Suite 1600<br>Portland, Oregon 97204<br>Telephone: (503) 595-5300<br>Facsimile: (503) 595-5301<br>Email: todd.siegel@klarquist.com<br>Email: ziyu.ma@klarquist.com<br>Email: ryan.frei@klarquist.com<br>Email: klaus.hamm@klarquist.com<br>Email: amy.kendig@klarquist.com<br><br>Moez M. Kaba<br>Jessica N. Trafimow<br>Hueston Hennigan LLP<br>1 Little West 12th Street, 2nd Floor<br>New York, NY 10014<br>Telephone: (646) 930-0415 (Kaba)<br>Telephone: (212) 715-1123 (Trafimow)<br>Email: mkaba@hueston.com<br>Email: jtrafimow@hueston.com<br><br>Christine Woodin | Counsel for Defendants<br>AMAZON.COM SERVICES, LLC; and<br>AMAZON.COM INC. |

| | |
|---|---|
| Hueston Hennigan LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4099<br>Facsimile: (888) 866-4825<br>Email: cwoodin@hueston.com<br><br>Sourabh Mishra<br>Hueston Hennigan LLP<br>620 Newport Beach, CA 92660<br>Telephone: (949) 356-5536<br>Facsimile: (888) 866-4825<br>Email: smishra@hueston.com | |

*s/George B. A. Laiolo*
George B. A. Laiolo

3081179

5