AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** Ohio

WEEKEND WARRIOR CLOTHING, LLC,
                      Plaintiff (s),
         V.
AMAZON.COM SERVICES, LLC; AMAZON.COM,
                     Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-cv-00752

Notice is hereby given that, subject to approval by the court, Amazon.com Services, LLC; Amazon.c substitutes
                                                                          (Party (s) Name)

Brett A. Schatz , State Bar No. 72038 as counsel of record in
(Name of New Attorney)

place of Gregory F. Ahrens .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Wood Herron & Evans LLP
    Address: 600 Vine Street, Suite 2800
    Telephone: (513) 241-2324      Facsimile (513) 241-6234
    E-Mail (Optional): bschatz@whe-law.com

I consent to the above substitution.
Date: 3/11/2026
                                                                         (Signature of Party (s))

I consent to being substituted.
Date:                  NOT AVAILABLE; FORMER ATTORNEY GREGORY AHRENS IS DECEASED AS OF 3/10/26
                                                            (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/11/26
                                                                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]