IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| Weekend Warrior Clothing, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>Amazon.com Services, LLC;<br>Amazon.com, Inc.,<br><br>*Defendants.* | Case No. 1:23-cv-00752<br>Judge Douglas R. Cole<br>Magistrate Judge Stephanie K. Bowman |

**DEFENDANTS' MOTION FOR LEAVE
TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Amazon.com Services, LLC and Amazon.com, Inc. ("Amazon") respectfully move for leave to file the attached Notice of Supplemental Authority.

On March 25, 2026, after the parties completed summary-judgment briefing, the Supreme Court issued its decision in *Cox Commc'ns, Inc. v. Sony Music Ent.*, No. 24-171 (U.S. Mar. 25, 2026). The decision bears directly on issues raised in Amazon's pending Motion for Summary Judgment (Doc. 68) and Amazon's Opposition to Plaintiff Weekend Warrior Clothing LLC's Motion for Summary Judgment (Doc. 86), including contributory infringement and Digital Millennium Copyright Act safe harbor. Amazon seeks leave to file a short notice identifying that intervening authority and attaching the opinion as Exhibit A.

Amazon submits the proposed Notice of Supplemental Authority with this Motion as Attachment 1. The proposed filing is brief, identifies only recently issued authority, and is intended to aid the Court's consideration of the pending motions. Amazon does not seek to reopen the

DEFENDANTS' MOTION FOR LEAVE  -1-    1:23-cv-00752

briefing, but would of course welcome the opportunity to provide a supplemental briefing if the Court believes that would be helpful.

For those reasons, Amazon respectfully requests leave to file the attached Notice of Supplemental Authority.

March 31, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Moez M. Kaba* | */s/ Ryan L. Frei* |
| by */s/ Ryan L. Frei* per email authorization | Ryan L. Frei (*pro hac vice*) |
| | Klaus H. Hamm (*pro hac vice*) |
| Moez M. Kaba (*pro hac vice*) | Ziyu Ma (*pro hac vice*) |
| Jessica N. Trafimow (*pro hac vice*) | Todd M. Siegel (*pro hac vice*) |
| HUESTON HENNIGAN LLP | KLARQUIST SPARKMAN, LLP |
| 1 Little West 12th Street, 2nd Floor | 121 SW Salmon Street, Suite 1600 |
| New York, NY 10014 | Portland, Oregon 97204 |
| Telephone: (646) 930-0415 | Telephone: (503) 595-5300 |
| mkaba@hueston.com | Facsimile: (503) 595-5301 |
| jtrafimow@hueston.com | ryan.frei@klarquist.com |
| | klaus.hamm@klarquist.com |
| Christine Woodin (*pro hac vice*) | ziyu.ma@klarquist.com |
| Sourabh Mishra (*pro hac vice*) | todd.siegel@klarquist.com |
| HUESTON HENNIGAN LLP | Brett A. Schatz |
| 523 West 6th Street, Suite 400 | Wood Herron & Evans LLP |
| Los Angeles, CA 90014 | 600 Vine Street, Suite 2800 |
| Telephone: (213) 788-4099 | Cincinnati, OH 45202 |
| cwoodin@hueston.com | Telephone: (513) 241-2324 |
| smishra@hueston.com | bschatz@whe-law.com |
| | |
| *Counsel for Defendants* | *Counsel for Defendants* |
| *Amazon.com Services LLC and* | *Amazon.com Services LLC and* |
| *Amazon.com, Inc.* | *Amazon.com, Inc.* |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 31, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel or record registered with the Court's CM/ECF system as follows:

Gary F. Franke
gff@garyfrankelaw.com
Gary F. Franke Co., LPA
201 E. Fifth Street, Suite 910
Cincinnati, OH 45202

Keith J. Wesley
kwesley@ellisgeorge.com
Matthew L. Venezia
mvenezia@ellisgeorge.com
George B. A. Laiolo
glaiolo@ellisgeorge.com
Elizabeth Carpenter
ecarpenter@ellisgeorge.com
Amanda Mannshahia
amannshahia@ellisgeorge.com
Diane Torosyan
dtorosyan@ellisgeorge.com
Nancie Ward
nward@ellisgeorge.com
Ellis George LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, CA 90067

*/s/Ryan L. Frei*
Ryan L. Frei