UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WEEKEND WARRIOR CLOTHING, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC;<br>AMAZON.COM, INC.,<br><br>*Defendants*. | Case No.: 1:23-CV-00752<br><br>Judge:  Douglas R. Cole<br>Magistrate Judge Stephanie K. Bowman |

## **WEEKEND WARRIOR'S RESPONSE TO AMAZON'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

If the Court desires supplemental briefing on *Cox Communications v. Sony Music Entertainment* in advance of the summary judgment hearing set in this case for April 15, 2026, Plaintiff Weekend Warrior Clothing, LLC proposes the following briefing schedule and page limitations:

1.      By **Tuesday, April 7, 2026**, Amazon submit supplemental briefing on *Cox* of no more than 5 pages.

2.      **By Tuesday, April 14, 2026**, Weekend Warrior submit supplemental briefing on *Cox* of no more than 5 pages.

Weekend Warrior reserves its responses to Amazon's contentions in Amazon's motion for leave for any supplemental briefing requested by the Court.

1

Dated: March 31, 2026

*s/ George Laiolo*
George Laiolo, *pro hac vice*
California Bar No. 329850
Keith J. Wesley, *Pro hac vice*
California Bar No. 229276
Matthew Venezia, *pro hac vice*
California Bar No. 313812
Amanda Mannshahia, *pro hac vice*
California Bar No. 340619
Ellis George LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Email:  glaiolo@ellisgeorge.com
Email:  kwesley@ellisgeorge.com
Email:  mvenezia@ellisgeorge.com
Email:  amannshahia@ellisgeorge.com

Gary F. Franke, Trial Attorney
Ohio Bar No. 0029793
Gary F. Franke Co., LPA
201 E. Fifth Street, Suite 910
Cincinnati, Ohio 45202
Telephone: (513) 564-9222
Email:  gff@garyfrankelaw.com

*Attorneys for Plaintiff Weekend Warrior Clothing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, a true and correct copy of the foregoing

**WEEKEND WARRIOR'S RESPONSE TO AMAZON'S MOTION FOR LEAVE TO FILE**

**SUPPLEMENTAL AUTHORITY** was served via the United States District Court CM/ECF

system on all parties or persons requiring notice as follows:

| | |
|---|---|
| Gregory F. Ahrens | Attorneys for Defendants |
| Wood Herron & Evans LLP | AMAZON.COM SERVICES, LLC; and |
| 600 Vine Street, Suite 2800 | AMAZON.COM INC. |
| Cincinnati, OH 45202 | |
| Telephone:  (513) 241-2324 | |
| Email:  gahrens@whe-law.com | |

Todd M. Siegel
Ziyu Ma
Ryan L. Frei
Klaus H. Hamm
Klarquist Sparkman, LLP
121 SW Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone:  (503) 595-5300
Facsimile:   (503) 595-5301
Email: todd.siegel@klarquist.com
Email: ziyu.ma@klarquist.com
Email: ryan.frei@klarquist.com
Email: klaus.hamm@klarquist.com
Email: toni.kammers@klarquist.com (assistant)

Moez M. Kaba
Hueston Hennigan LLP
1 Little West 12th Street, 2nd Floor
New York, NY 10014
Telephone: (646) 930-0415
Email: mkaba@hueston.com

*s/George Laiolo*
George Laiolo

3129225

3