**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| WEEKEND WARRIOR CLOTHING, LLC, <br><br>             *Plaintiff,* <br><br>    v. <br><br> AMAZON.COM SERVICES, LLC; <br> AMAZON.COM, INC., <br><br>             *Defendants.* | Case No. 1:23-cv-00752-DRC <br><br> Judge: Douglas R. Cole <br> Magistrate Judge: Stephanie K. Bowman |

### NOTICE OF CHANGE ADDRESS OF PLAINTIFF'S COUNSEL

**TO:    THE COURT, THE CLERK'S OFFICE, AND ALL PARTIES**

Please take notice of the below changes to the firm address of attorneys George Laiolo for Plaintiff Weekend Warrior Clothing, LLC. Keith Wesley, of Ellis George LLP, will remain as counsel for Plaintiff as well, and he remains at his current Ellis George address. As to George Laiolo, Plaintiff respectfully requests that all further communications and documents related to this case be directed to Mr. Laiolo's new email address.

**OLD ADDRESS:**

ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Phone:  310- 274-7100
Email: glaiolo@ellisgeorge.com

**NEW ADDRESS:**

WATSTEIN TEREPKA, LLP
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Phone: 415-762-7985
Email: glaiolo@wtlaw.com

1

Respectfully this 9th day of June 2026.

By: */s/George B. A. Laiolo*
George B. A. Laiolo, *Pro Hac Vice*
California Bar No. 329850
WATSTEIN TEREPKA, LLP
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Phone: 213-753-1337
Email: glaiolo@wtlaw.com

*Attorneys for Plaintiff Weekend Warrior Clothing, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of June 2026, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ George B. A. Laiolo*
George B. A. Laiolo