UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WEEKEND WARRIOR CLOTHING, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON.COM SERVICES, LLC; <br> AMAZON.COM, INC., <br><br> *Defendants*. | Case No.: 1:23-CV-00752 <br><br> Judge: Douglas R. Cole <br> Magistrate Judge Stephanie K. Bowman <br><br> **ORAL ARGUMENT REQUESTED** |

## PLAINTIFF WEEKEND WARRIOR CLOTHING, LLC'S NOTICE OF MANUAL FILING OF SEALED EXHIBITS

Pursuant to the Opinion and Order (Doc. 71), the Notation Order issued on November 24, 2025, the Notation Order issued on April 14, 2026, and to correspondence with the Court, Plaintiff Weekend Warrior Clothing, LLC hereby submits this notice of the manual filing of a USB drive containing the sealed documents listed below. Redacted versions of the documents have previously been filed, and unredacted versions of the documents have previously been provided to the Court; however, Plaintiff files them manually here at the request of the Court. Pursuant to a phone conversation between counsel for Plaintiff and Courtroom Deputy Melissa Sadler that took place on July 10, 2026, the Court requested, and Plaintiff herein files, documents that were previously filed or otherwise provided to the Court and opposing counsel in connection with the parties' summary judgment briefing. The documents are as follows:

1.  Plaintiff's memorandum of law in support of Plaintiff's motion for summary judgment.

2.  Bundy Deposition Transcript

3.  Bundy Deposition Exhibit 4

1

4.    Bundy Deposition Exhibit 11

5.    Bundy Deposition Exhibit 12

6.    Bundy Deposition Exhibit 13

7.    Bundy Deposition Exhibit 14

8.    Boehm Deposition Transcript

9.    Boehm Deposition Exhibit 17

10.    Boehm Deposition Exhibit 18

11.    Boehm Deposition Exhibit 19

12.    Boehm Deposition Exhibit 20

13.    Boehm Deposition Exhibit 21

14.    Boehm Deposition Exhibit 22

15.    Danala Deposition Transcript

16.    Kraft Deposition Transcript

17.    Kraft Deposition Exhibit 26

18.    Kraft Deposition Exhibit 28

19.    Kraft Deposition Exhibit 29

20.    Snyder Deposition Transcript

21.    Hanson Expert Report

22.    Hanson Deposition Transcript

23.    LaMagna Deposition Transcript

24.    LaMagna Deposition Exhibit 50

25.    LaMagna Deposition Exhibit 53

26.    LaMagna Deposition Exhibit 55

27.     Bania Deposition Exhibit 57

28.     2025-06-11 (AEO) Amended Accused ASINs with Sales Provided by Amazon

29.     2025-06-11 (AEO) WW's June 11, 2025 Amended Response to Rog 3

30.     2025-06-11 (Partial AEO) WW's June 11, 2025 Further Amended Disclosures

31.     AMZ-WWC_14178

32.     AMZ-WWC_29208

33.     AMZ-WWC_30216

34.     AMZ-WWC_30218

35.     AMZ-WWC_30221

36.     AMZ-WWC_43194–98

37.     AMZ-WWC_43199

38.     AMZ-WWC_43303 (Creator Terminations)

39.     Plaintiff's response to supplemental authority.

The above documents are filed under seal pursuant to the Court's November 13, 2025 Order (Doc. 71) granting the parties Joint Motion to Seal (Doc. 53), the Court's November 24, 2025 Notation Order granting approval to file Plaintiff's stated exhibit (Doc. 79), and the Notation Order granting approval for Plaintiff's response to supplemental authority (Doc. 96).


Dated: July 14, 2026                        Respectfully submitted,


                                            s/George Laiolo
                                            George Laiolo, *pro hac vice*
                                            California Bar No. 329850
                                            Matthew Venezia, *pro hac vice*
                                            California Bar No. 313812
                                            Watstein Terepka LLP
                                            515 South Flower Street, 19th Floor


3

Los Angeles, CA 90071
Telephone: (415) 762-7985
Email:  glaiolo@wtlaw.com
Email:  mvenezia@wtlaw.com

Keith J. Wesley, *pro hac vice*
California Bar No. 229276
Amanda Mannshahia, *pro hac vice*
California Bar No. 340619
Ellis George LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Email:  kwesley@ellisgeorge.com
Email:  amannshahia@ellisgeorge.com

Gary F. Franke, Trial Attorney
Ohio Bar No. 0029793
GARY F. FRANKE CO., LPA
201 E. Fifth Street, Suite 910
Cincinnati, Ohio 45202
Telephone: (513) 564-9222
Email:  gff@garyfrankelaw.com

*Attorneys for Plaintiff*
*Weekend Warrior Clothing, LLC*

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2026, a true and correct copy of the foregoing **PLAINTIFF WEEKEND WARRIOR CLOTHING, LLC'S NOTICE OF MANUAL FILING OF SEALED EXHIBITS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice as follows:

| | |
|---|---|
| Brett A. Schatz<br>Wood Herron & Evans LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>Telephone: (513) 241-2324<br>Email: bschatz@whe-law.com<br>Email: tyoung@whe-law.com (paralegal)<br><br>Todd M. Siegel<br>Ziyu Ma<br>Ryan L. Frei<br>Klaus H. Hamm<br>Klarquist Sparkman, LLP<br>121 SW Salmon Street, Suite 1600<br>Portland, Oregon 97204<br>Telephone: (503) 595-5300<br>Facsimile: (503) 595-5301<br>Email: todd.siegel@klarquist.com<br>Email: ziyu.ma@klarquist.com<br>Email: ryan.frei@klarquist.com<br>Email: klaus.hamm@klarquist.com<br>Email: amy.kendig@klarquist.com<br><br>Moez M. Kaba<br>Jessica N. Trafimow<br>Hueston Hennigan LLP<br>1 Little West 12th Street, 2nd Floor<br>New York, NY 10014<br>Telephone: (646) 930-0415 (Kaba)<br>Telephone: (212) 715-1123 (Trafimow)<br>Email: mkaba@hueston.com<br>Email: jtrafimow@hueston.com<br><br>Christine Woodin<br>Hueston Hennigan LLP<br>523 West 6th Street, Suite 400 | Counsel for Defendants<br>AMAZON.COM SERVICES, LLC; and AMAZON.COM INC. |

| Los Angeles, CA 90014<br>Telephone: (213) 788-4099<br>Facsimile: (888) 866-4825<br>Email: cwoodin@hueston.com<br><br>Sourabh Mishra<br>Hueston Hennigan LLP<br>620 Newport Beach, CA 92660<br>Telephone: (949) 356-5536<br>Facsimile: (888) 866-4825<br>Email: smishra@hueston.com | |

*s/George B. A. Laiolo*
George B. A. Laiolo

6