**Exhibit A - Information Sought to be Redacted and Justification**

| **Location in Order** | **Source cited in Order** | **Information to be Redacted** | **Reasons for Redaction** | **Narrowly Tailored to Allow Public Access** |
|---|---|---|---|---|
| p. 6, PageID 11752, first asterisked passage. | Doc. 86-1, #10910–11/sealed Doc. 85-1, #10754–55. | Proprietary, nonpublic account-screening signals used to identify potentially abusive Merch on Demand applications. | Revealing those criteria would enable abusive applicants to tailor their submissions to evade Amazon's screening processes, compromising its enforcement and security guardrails. | The request is limited to the phrases identifying the particular screening signals. The surrounding text remains public and explains that Amazon evaluates applications for potential abuse. |
| p. 7, PageID 11753, no asterisks, first paragraph. | Doc. 76-7, #8976/sealed Doc. 74-7, #7778 | Proprietary, nonpublic criteria used to determine Merch on Demand account abuse and evaluate termination. | Disclosure of the particular enforcement signals would enable bad actors to structure their account activity to avoid detection and impede Amazon's efforts to identify related abusive accounts. | The request is narrowly tailored to keywords and phrases identifying the particular signals. The general explanation that Amazon evaluates multiple risk signals, without a fixed number guaranteeing termination, remains public. |
| p. 10, PageID 11756, no asterisks, second paragraph. | Doc. 84-2, #10588 | Proprietary, nonpublic email-domain and business-account signals used to evaluate potentially fraudulent notices. | Disclosure would enable abusive submitters to tailor their NOCI submissions to avoid scrutiny, facilitating circumvention of Amazon's notice-validation processes. | The proposed redaction is limited to the particular signals Amazon uses to scrutinize notices. The public can still understand that Amazon scrutinizes the NOCIs to verify the connection with the actual rights holder. |
| p. 10, PageID 11756, third asterisked passage. | Doc. 84-2, #10589 | Proprietary, nonpublic method used to validate a notice submitter's connection to the asserted intellectual property. | Disclosure of the specific verification method would enable abusive submitters to circumvent Amazon's validation process. | The requested redaction is limited to the phrase identifying the specific investigative method. The explanation that Amazon seeks to verify the submitter's connection to the |

| Location in Order | Source cited in Order | Information to be Redacted | Reasons for Redaction | Narrowly Tailored to Allow Public Access |
|---|---|---|---|---|
| | | | | disputed intellectual property remains public. |
| p. 11, PageID 11757, fourth asterisked passage | Doc. 84-2, #10589 | Proprietary, nonpublic handling details of countermeasures applied to the source of notices suspected of abuse. | Disclosure of the specific countermeasure would enable abusive submitters to adapt their submission practices to circumvent Amazon's safeguards. | The requested redaction is limited to the phrase identifying the specific countermeasures. The surrounding discussion that Amazon takes action against suspected abusive notice sources remains public. |
| p. 13, PageID 11759, first asterisked passage | Doc. 84-2, #10595 | Proprietary, nonpublic technical signals used to evaluate a notice submitter's authenticity. | Disclosure would identify the technical information Amazon examines, enabling abusive submitters to manipulate those signals to evade scrutiny. | The request is limited to the phrases identifying the technical signal. The surrounding account of Amazon's investigation and its resulting concern remain public. |
| p. 13, PageID 11759, n. 10, second and third asterisked passages | Doc. 74-6, #7658 | Proprietary, nonpublic technical signals used to evaluate a notice submitter's authenticity. | Disclosure would identify the technical information Amazon examines, enabling abusive submitters to manipulate those signals to evade scrutiny. | The request is limited to the phrases identifying the technical signal. The surrounding account of Amazon's investigation and its resulting concern remain public. |
| p. 14, PageID 11760, first asterisked passage | Doc. 84-2, #10595 | Proprietary, nonpublic signals Amazon uses to evaluate account and notice validity. | Disclosure of the specific combination of signals would enable abusive submitters to tailor their account profiles and submission practices to evade Amazon's notice-validation processes. | The requested redactions are limited to phrases identifying the particular signals. The surrounding explanation that Amazon relied on multiple factors in evaluating the notices remains public. |

| Location in Order | Source cited in Order | Information to be Redacted | Reasons for Redaction | Narrowly Tailored to Allow Public Access |
|---|---|---|---|---|
| p. 14, PageID 11760, second asterisked passage | Doc. 76-6, #8852–53/sealed Doc. 74-6, #7654–55 | Proprietary, nonpublic interpretation of a signal used in notice validation. | Disclosure would explain how Amazon evaluates the particular signal, enabling abusive submitters to tailor their account profiles and submission practices to evade Amazon's notice-validation processes. | The requested redactions are limited to the explanation of how Amazon interprets the particular signal. The surrounding explanation that Amazon relied on multiple factors in evaluating the notices remains public. |
| p. 14, PageID 11760, third and fourth asterisked passages | Doc. 76-6, #8855/sealed Doc. 74-6, #7657 | Proprietary, nonpublic interpretation of a signal used in notice validation. | Disclosure would explain how Amazon evaluates the particular signal, enabling abusive submitters to tailor their account profiles and submission practices to evade Amazon's notice-validation processes. | The requested redactions are limited to the explanation of how Amazon interprets the particular signal. The surrounding explanation that Amazon relied on multiple factors in evaluating the notices remains public. |
| p. 14, PageID 11760, fifth asterisked passage | Doc. 76-6, #8853–54/sealed Doc. 74-6, #7655–56 | Proprietary, nonpublic signals Amazon uses to evaluate account and notice validity. | Disclosure of the specific signal would enable abusive submitters to tailor their account profiles and submission practices to evade Amazon's notice-validation processes. | The proposed redaction is limited to the phrase identifying that signal; the surrounding text remains public and explains that Amazon's system flagged Tim as potentially fraudulent, allowing the public to understand the Court's analysis without disclosure of the particular criterion. |
| p. 7, PageID 11753, first asterisked passage; | Doc. 76-7, #8910/sealed Doc. 74-7, #7712; | Proprietary, nonpublic staffing levels for Amazon's content-review | Disclosure would reveal Amazon's allocation of personnel to specific enforcement functions, providing bad actors and competitors insight | Only the staffing figures are proposed for redaction. The descriptions of the personnel's responsibilities and the |

| Location in Order | Source cited in Order | Information to be Redacted | Reasons for Redaction | Narrowly Tailored to Allow Public Access |
|---|---|---|---|---|
| p. 11, PageID 11757, first asterisked passage. | Doc. 84-2, #10589–90. | and notice-processing operations. | into its operational investment and capacity. | surrounding explanations of Amazon's content-review and notice-processing operations remain public. |
| p. 8, PageID 11754, first and second asterisked passages;<br>p. 10, PageID 11756, first and second asterisked passages;<br>p. 17, PageID 11763, first asterisked passage;<br>p. 53, PageID 11799, first asterisked passage. | Doc. 84-2, #10584/sealed Doc. 72-1, #7053;<br><br>Doc. 84-2, #10579, 10587–88, 10600. | Proprietary, nonpublic operational metrics concerning the volume of new Merch on Demand designs, the proportion of designs blocked, the volume of infringement notices received, the estimated proportion of fraudulent notices, and the number of Content Creator accounts terminated. | Disclosure would reveal the scale of Amazon's design-review and notice-processing workloads, its internal fraud estimates, and specific enforcement outcomes, providing bad actors and competitors insight into its operational capacity and enabling competitors to benchmark its moderation and enforcement processes. | Only the specific numerical figures stating the volumes, percentages, and estimated proportions are proposed for redaction. The surrounding text remains public and explains Amazon's review of designs, receipt and validation of notices, response to suspected fraud, and termination of Content Creator accounts, allowing the public to understand the Court's analysis without disclosure of the precise metrics. |