IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Weekend Warrior Clothing, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>Amazon.com Services, LLC;<br>Amazon.com, Inc.,<br><br>*Defendants*. | Case No. 1:23-cv-00752<br><br>Judge Douglas R. Cole<br>Magistrate Judge Stephanie K. Bowman |

**[PROPOSED] ORDER GRANTING DEFENDANTS'**
**MOTION TO PARTIALLY REDACT OPINION AND ORDER (DOC. 108)**

Upon consideration of Defendants' Motion to Partially Redact Opinion and Order (Doc. 108), the Court hereby GRANTS Defendants' Motion.

**IT IS SO ORDERED**.

Dated: ___________________

_____________________________________
UNITED STATES DISTRICT JUDGE